Robert Jones
349-13-07505
George Motchen Detention Center
1515 Hazen Street
East Elmhurst New York
11370

Pro Se Clerk's Office
United States District Court
Southern District of New York
500 Pearl Street
New York, New York
10007

CERTIFIED MAIL
7000 0600 0024 0972 0506

Priority Mail ComBasPrice
ZIP 11370  $011.32
02 1W
0001390116 JUL 29 2014

14 CV 6402

USM P3 SDNY