# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:          (212) 805-7933
Telephone No.:  (212) 805-0036

**Total Number of Pages: 6**

Dated: __May 29, 2014__

**MEMO ENDORSED:**

Before the Court can consider whether to consolidate your new case with 14 Civ. 1350, the new case must be brought as such. Once you have filed your new case, you can ask that the 2 cases be consolidated and the Court will consider that request.

Copies by ECF to: Robert Jones (mail)
                  Judge Crotty

Plaintiff respond
to Judge's endorsmt
- file new action.

S.C.

Date: June 5, 2014.

Pro-se Clerks Office
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007.

Robert Jones
3491307505
George Motchan Detention Center
1515 Hazen Street
East Elmhurst New York 11370.

SUBJ: Title 42 U.S.C. § 1983.

Dear Clerk:

This is a letter in responses to the Honorable Judge Andrew J. Pack directions that I the plaintiff In the matter of Jones v. City of New York, 14-cv-1350 (PAC) (AJP), must file separate Civil Complaint before consolidation of one case can be merged with another, contained herein Is a separate 42 U.S.C § 1983. Allege against the City of New York, Police Department that occurred prior to plaintiff's detention and custody with the City of New York, Department of Corrections "DOC".

Thank You in Advance.

Respectfully Submitted
Robert Jones

14 CV 6402