88). Defendants by and through their Water Deprivation Technique was used as a Pretaxts to Collect an Unauthorized DNA Sample solely for the purpose of testing against unsolved Burglaries Not only deprived plaintiff of his Rights to Privacy in his Genetic Material but also denied him the right to Access Quality Assurance Control Provided by A Board Cetified Forenic Laboratroy.

89). Defendants Meehan, Criollo, Sager, Thornton, and Rivera, by and through their act of Collecting the plaintiffs DNA denied him of the Forenic Laboratories Reassurance, that Mr Jones DNA Material would not be classified as Junk DNA and used in any unauthorized Genetic Research which would denie both himself and His Family of any rights to protect against illegal and unlawful Dissemination, Testing, Disclosure, Documenting, or Reporting.

90). Plaintiff was by and through the conduct of defendants, Meehan, Criollo, Sager, Thornton, and Rivera. denied any and all Genetic information as to any Defects, Abnormalities, or Disease(s) which may have indicted any Pre-disposition to Durg Addiction, Alocholism, or Criminal Behavior detected but not reported. Or Disclosed to the plaintiff whom has also been denied any and all Quantification data, including how much DNA was used, How much remained from each sample, and the right to seek a timely Order of Protection in violation of New York Criminal Procedure Law §§ 240.50.

91). Indeed both the Plaintiff and his Family have suffered. the loss of this Genetic information which could now be used to discriminated against them in obtaining Employment, Education,or Housing.

And Life and Health Insurance, Sterilization based on Genetic Defects (2002 L.Rev.Mich St U. Det CL. at ₿28-92₿. see Buck v. Bell, 274 U.S. 200. 71 L.Ed. 2000. 47 S.Ct 584 (1927). And one Society attempted to use Genetic Knowledge to Create a Genetically Superior Race.

₿2). Defendants Meehan, Criollo, Sager, Thornton and Rivera have systematicly failed to provide the plaintiff with any Copie of all Serlolgy Reports including the type of test performed whether presumptive or confirmatory.

₿3). Defendants as held in ¶¶ ₿2. Did Delliberately with Knowing Indifference to the Plaintiffs Fourth Amendment Protected Rights Willfully denied Mr Jones a Copy of the Police Labortory Protocol for DNA Testing, including The Police Labrotory Procedure Manual on DNA testing with its DNA Protocol Assurnace Guidelines and DNA Validation Studies.

₿4). The Manufacturer of each Machine Utilized in the Analysis, and of each and every Solution, Enzme, Chemical Utilized in the testing process, The right to acess a list of all Commercial Or In House Saftware Programs data used in the DNA testing, including. The Name of the Saftware Program Manufacturer, and Version Used in this matter.

₿5). The United States Supreme Court has rejected the idea that there is an Absence of an Expectation of Privacyinn MaterialLeft at a Crime Scene. see Flipp v. West Virgina, 528 U.S. 11, 14, 145 L.Ed. 2d 16. 120 S.Ct . 7 (1999); Mincey v. Arizona,

437 U.S. 385, 57 L.Ed 2d, 290. 98 Ct 2408 (1978); Thompson v.
Louisiana, 469 U.S. 17, 83 L.ed. 2d 246, 105 S.Ct 409 (1984).

ᗺ6).    Accordingly two Federal District Courts have
Discussed the Contitutionality of Conparing DNA Infromation of
Suspect with the DNA from Unsolved Crimes for which law Enforcement
Lacks Probable Cause to believe that the suspect is involved see,
United States v. Miles, 228 F.Supp. 2d 1130 [2002]; cf Nicholas
v. Goord, 2003 U.S. Dist. LEXIS 1621, 2003 WL 256774. Ls [S.D.N.Y.
Fed 6, 2003].


## PROCEDURAL POSTURE

After the Plaintiff was indicted for various Burglaries
The People failed to move pursuant to N.Y. Crim. Proc. Law §§ 240
.40 (2)(b) (V) for an Order directing the Plaintiff to provide a
Saliva Sample of his Deoxyribonucleic Acid (DNA) for testing
Against unsolved Burglaries namely those occurring On December 26,
2011. and January 11, 2012.

ᗺ7).    Defendants Meehan, Criollo, Sager, Thornton and
Rivera. as a direct result of their failure to seek authorization
to Collect a DNA Sample from the Plaintiff deprived him of the
Right to Seek an Order of Protection pursuant to N.Y. Crim. Proc.
Law §§ 240.50., That Disclosing or Redisclosing the Results of
Plaintiffs DNA testing to any person or public agency, except the
Prosecution, Defense and Court was Prohibited by N.Y. Exec.Law §
§ 995-d.

98). That when the Office of Chief Medical Examinors "OCME" places Plaintiffs DNA profile in its "Linkage Database" The information is revealed to any OCME employee who has access to this database and who is "NOT"working on the instant criminal Proceeding. This is an Unauthorized Disclosure, Especially when such OCME employee places other crime DNA profiles in the computer for Comparison. "Forensic Biology-DNA Profile Evaluation Form" see Exhibit (H).

99). Plaintiff maintains that during all times relevant herein defendants Meehan, Criollo, Sager, Thornton and Rivera,did in an act of Punitive Deliberate Indifference to the plaintiffs Procedural Due Process of Law denied him access to the following information Documentation of how and where the Material "DNA" were stored prior to Analysis and during Analysis which violates CPL §§ 243.35; CPL §§ 160.50 (1)(c).

100). Defendants Meehan, Criollo, Sager, Thornton and Rivera et al. By and through their acts of illgeally dissemination. Of Plaintiffs Genetic Material Seliva DNA taken from a Drinking Cup without Court Ordered Authority deprived plaintiff of being restored his former status CPL §§ 160.50 (1)(c): States The Accused shall be restored in contemplation of law to the Status Occupied before the Arrest and Prosecution making all DNA Material and its information Redeemable as items recoverable in accordance with plaintiff Certificate of Disposition dated 10/1/2015.




**OFFICE OF CHIEF MEDICAL EXAMINER**
520 First Avenue, New York, New York 10016

**DEPARTMENT OF FORENSIC BIOLOGY**
421 East 26ᵗʰ Street, New York, New York 10016
Mechthild Prinz, PhD, Director
Telephone: 212.323.1200  Fax: 212.323.1590
Email: dnalab@ocme.nyc.gov
Official Website: http://www.nyc.gov/ocme

**DATE:** March 27, 2012

**LABORATORY REPORT**

**SUSPECT:** Robert Jones  **NYSID NO:** 04757650Q  **LAB NO:** FB12-S0144

**COMPLAINT NO:** 2012-018-00324  **ARREST NO:** M12608196  **START DATE:** 2/9/12

**RESULTS AND CONCLUSIONS:**

PCR DNA typing using the AmpFℓSTR® Identifiler® PCR Amplification Kit was done on the cup submitted for Robert Jones. A DNA profile was determined.

This profile was compared to the results in the following case:

| FB number | Complaint Number | Complainant | Report date |
|---|---|---|---|
| FB12-00246 | 2012-018-00324 | | March 6, 2012 |

The results are the same as those of **Male Donor A**. Therefore, based on the random match probability for unrelated individuals, the DNA donor to the cup submitted for Robert Jones **is the source of** the DNA found on the sample listed below.

> hat scrapings, most likely major donor

This profile was also compared to the results in the following case:

| FB number | Complaint Number | Complainant | Report date |
|---|---|---|---|
| FB12-00490 | 2011-014-14341 | | March 26, 2012 |

The donor to the cup submitted for Robert Jones **is excluded** as a contributor to the sample listed below.

> knife handle swabs

This profile could not be compared to the results for the following sample due to an insufficient amount of DNA recovered.

> swab of "edges of knife handle"

**DEF 109**

(FB12-S0144)

Robert Jones

**EVIDENCE RECEIVED:**

| ITEM | VOUCHER | DATE RECEIVED | DESCRIPTION |
|------|---------|---------------|-------------|
| 1 | (1000126451) | 1/30/12 ← | cup submitted for Robert Jones |

**DISPOSITION:**

The following items will be retained in the laboratory:

      DNA extracts from samples and controls tested

The remainder of the evidence will be returned to the OCME Evidence Unit.

Analyst: _Shannon Soltysiak_
        Shannon Soltysiak
        Criminalist III

Administrative Review Date: _05/01/12_

Administrative Reviewer: _MFC_

**DEF 111**

# FORENSIC BIOLOGY – REPORT ROUTE SHEET

FB number _12-00490_    Report Date: _3/27/12_    Initials/Date: _AJ 3/27/12_

Please send this report to the following (circle all that apply):

1. **OCME Records**

2. **NYPD ECMS**    Complaint Number(s): _2011-014-14341_

3. **DA Office:**    Bx    K    (M)    Q    R    Attn: _____

   Offense Type _____    Victim/Complainant* _____

   Suspect** _____

   *If available; if multiple victims, enter one name

   **Enter when file has no listed victim (e.g., S files, CPW cases); if multiple suspects, enter one name

| Borough | Designated E-Mail Address for Reports to DAOs |
|---|---|
| Bronx (Bx) | singerr@bronxda.nyc.gov |
| Brooklyn (K) | OCMEfbio@brooklynda.org |
| Manhattan (M) | DNALabs@dany.nyc.gov |
| Queens (Q) | ecrosenbaum@queensda.org |
| Staten Island (R) | DNA@rcda.nyc.gov |

4. **Other (e.g., outside jurisdiction, corporation counsel, AUSA)**

   *a.* Name of Recipient _____

   Agency/Other information _____

   E-mail _____    or FAX _____

   b. Name of Recipient _____

   Agency/Other information _____

   E-mail _____    or FAX _____

5. **Case File Routing After Report Distribution (select one)**

   ☑ Filing bin                    ☐ 5th Floor DNA Sign-In
   ☐ IA _____                   ☐ 8th Floor CODIS group
   ☐ Supervisor _____           ☐ 5th Floor HSC Evidence Exam Supervisor
   ☐ Certification                 ☐ Other (specify) _____

**Report Distribution Completed (Initials/Date):** _MPK 04/13/12_

Approved by: Deputy Director (PCW)                    Page 1 of 1
Effective Date: 12/08/2010

Controlled versions of Department of Forensic Biology documents only exist electronically on the
Forensic Biology network. All printed versions are non-controlled copies.

_FB12-00490_

**DEF 811**



| FORENSIC BIOLOGY – DNA EXTRACTS TRACKING WORKSHEET | | |
|---|---|---|
| DATE EFFECTIVE<br>12/7/2009 | APPROVED BY<br>Eugene Lien | PAGE<br>1 of 1 |

**FB12-00490**

| | EXTRACTION DATE: 03/12/12        TIME: 13:38 |
|---|---|
| A | knife swabs |
| B | |
| C | |
| D | |
| E | |
| F | |
| G | |
| H | |
| I | |
| J | |
| K | |
| L | |
| M | |
| N | |
| O | |
| P | |

| SAMPLE(S) | ALIQUOT BY | DATE | PURPOSE |
|---|---|---|---|
| A | JMC | 3/15/2012 | ID |
| A | JMC | 3/15/2012 | ID DUP |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SAMPLES IN CRYOBOX PC745

FB12-00490

DEF 812

101). Defedants Meehan , Criollo, Sager , Thornton, and Rivera both Knowingly and Willfully in the furtherance of their acts of Medical Deliberate Indifference tot he Plaintiffs want of Reasonable Care and Protection from Foreseeable Harms and Injuries while under Police Custodial Detention for which he was denied under a Pre-texts of defendants authorized investigation. for which an Unauthorized DNA sample was Collected and Tested against unsolved in violation of Plaintiffs 14th Amendment Rights Equal Protection of Law.

102). A Plaintiff to have standing "Must allege Personal. Injury fairly traceable to the defendants allegedly unlawful Conduct and likely to be redressed by the requested relief" see Allen v. Wright, 468 U.S. 737, 751, 104 S.Ct 3315, 82 L.Ed. 2d 556 [1984]).

103). That by and through the defendants action use of a Water Deprivation Technique to collect an unauthorized DNA Sample subjected Mr Jones to suffer Dehydration the dehyration without the timely use of prescribed medicien damage the Plaintiffs Kidney (s). Resulting in Renal Insufficiency Syndrome stage III Kidney Disease. See Mckenzie, 768 f.2d 602 (1986); 474 U.S. 1086 L.Ed 2d. 900, 106 S.Ct 861; United States v. Miles, 288 f.Supp. 2d. 1130 (2002) Ct; Nicholas v. Goord, 2003 U.S. Dist LEXIS 1621, 2003 WL 256774 (S.D.N.Y. Feb 6, 2003).

104). Defendants as are held in ¶¶ 99-102. Here are Charged pursuant title 18 U.S.C. §§ 241 Conspiring to Deprive a U.S. Citizen "Plaintiff Robert Jones" of his Civil Rights under 42 U.S.C. §§ 1985.

And Title 18 U.S.C. §§ 2, 242: Illegally Depriving a United States Citizen of his Minimum Standards of Lifes Necessites, Food, Water and Medicien designed for the preservation of life.

105). Defendants Meehan, Criollo, Sager, Thornton, and Rivera et al, are further charged with Violation of Executive Law §§ 955f : Which States Any Person whom 1). Intentionally Discloses a DNA Record or Result of a Forensic DNA test or Analysis to any individual or Agency other than the one authorized to have Access to such records and or Tampers with a DNA Sample or Collection. "Container" without lawful authority shall be "Guilty" of a Class "E" FELONY.

106). Accordingly Legislative Intent is the Memorandum of the Assembly in support of Chapter 497 of The Law of 1996 Created Civil Rights Law § 79-I and Insurance Law §§ 2612. The Assembly Memorandum Reads in Part " The Bill deems indiviuals to have an Exclusive Property Right in Records of Tests of their Genetic material", particularly against unauthorized release.

107). Bill Jacket, L 1996,ch 497 Legislature has intented to give a DNA contributor a property Right in the prevention of Dissemination of genetic information. see Mincey v. Arizona, 437 U.S. 385, 57 L.Ed. 2d 290, 98 S.Ct.2408 ][1978][; Thompson v. Luisiana, 469 U.S. 17, 83 L.Ed. 2d 246, 105 S.Ct 409 ][1984][.

108). The Following Persons are held in violation of Title 42 U.S.C.§§ 14132 (c) For which any Government Official Violation of this Federal Statue is Committing a Crime; And Title 42 U.S.C.§§ 14135e (c) For which prohibits use of "DNA" Sample and Collections for other that its intended purpose. "Plaintiffs Orginial Complaint ¶¶ 56 and 113."

Defendants Meehan, Criollo, Sager , Rivera, Thornton et al, et seq Acts of Illgeal Seasrch and Seizure, Long Term Police Interrogation and Detention Cuased plaintiff to Suffer Fear, Fright, Horror, Despair, Anxiety, and an Overwhelming sense of forsakenness, that he would be Brutally Beaten, Torched or Killed never to see his family again.

## PRAYERS FOR RELIEF

WHEREFORE: Plaintiff maintains the Standard for Evaluating a Motion For Summary Judgment on the Plaintiff Pleading pursuan to Fed.R.civ.P. 56 (c).

Requires this Court must accept all factual allegation in the Complaint as True, and Draw all reasonable inference in the Plaintiff favor, see Tellabs Inc. v. Makor Issues & Riht LTd. 551 U.S. 308, 322, 127 S.Ct 2499, 168 L.ed 2d 179 (2007); Kassre v.2d Avenue Delicatessen, Inc 496. F.3d 229, 237 (2d Cir 2007).

WHEREFORE: This Petitoner respecfully prays that an Order be issued Granting this Motion for Summary Judgment Fed.R.civ.P. 56 (a) and Fed.R.civ.P. 56 (c) taking into consideration the Facts and Arguments Annexed herein, or in the Alternative , and Order be issued granting partial relief, or Whatever relief This Honorable Court sees and deems fit and  appropriate to insure the sweft and proper Administration of Justice.

*STATE OF NEW YORK:*
*COUNTY OF BROOKLYN*
Sworn to be fore me this day of Fabuary 2017.

Respectfully Submitted

DANIELLE STRINGER
Notary Public State of New York
No 01ST6131234
Qualified in Queens County
Commission Expires August 1, 2017

The Following Persons are in violation of Title 42 U.S.C. §§ 14132 and 14135 (e)(c). And are Subject to Santion of $ 250,000.00 dollars for each offense:

1). James Meehan Tax ID # 906807.......................... $250,000.

2). Jose Criollo Tax ID # 92538 MTN Pct................... $250,000.

3). Gregory Thornton Tax ID # 919777 MTN Pct.............. $250,000.

4). Adam Sager Tax ID # 902338 MTN Pct.................... $250,000.

5). Lieutenant Felix Rivera Tax ID # 920756 MTN Pct....... $250,000.

6). Sergenant Simona Criminalist III...................... $250,000.

7). Police Officer Smith.................................. $250,000.

8). Leonard Lee.......................................... $250,000.

9). Shanley M. Young Criminalist IB...................... $250,000.

10). Mec Thild Prinz PLD Director of OCME................. $250,000.

11). James West Detective Supervisor..................... $250,000.

12). Eugene Lien Forensic Biologist...................... $250,000.

13). Ylli Dautaj Tax ID # 917068 Supervior............... $250,000.

14). George Boston Det OCME NYPD Lads.................... $250,000.

15). Manishi Agarwal Criminalist........................ $250,000.

16). Duke James Det Supervisor MTN Squad................. $250,000.

17). Garge Christophe CSU/ECT Processing................. $250,000.

18). BBeauditte Timothy MTN Pct Inspector FIDLU.......... $250,000.

19). Mahon Robert Sgt.................................... $250,000.

20). Charles S. Hirsch M.D. Medical Examinor............. $250,000.

21). Emanuel Katianakis Deputy Supervisor OCME........... $250,000.

Total Sum 5.250,000.

Sworn to before me this    day of
April 2017.

_Robert Jones_

FB# 12-W490

EVIDENCE UNIT CONTROL # 12-M001423

Subject(s) (V▮▮▮▮▮▮▮▮▮▮▮▮

M.E.# _____

M.E.# _____

M.E.# _____

M.E.# _____

EVIDENCE SUBMITTED (As listed on vouchers)     Each voucher will have its own custody form.

| VOUCHER # | ITEM# - QTY | | DESCRIPTION |
|---|---|---|---|
| Z004888 | 2 | | SWAB |
| # of Packages 1 ENV | | | |
| Storage # N / A | | | |
| Security Envelope # N / A | | | |
| Narcotic Envelope # N / A | | | |

CHAIN OF CUSTODY:   Black or Blue ink

| VOUCHER | ITEM (S) | RECEIVED FROM | RECEIVED BY | DATE |
|---|---|---|---|---|
| Z004888 | | ▮▮ Carlton #03934 | F. Garabon | 01/27/12 |
| Z004888 | | F. Garabon | CAGE A | 01/27/12 |
| Z004888 | | CAGE A | G. Gorobon | 1-27-12 |
| Z004888 | | F. Garabon | PNA1 | C | 3 | 1-27-12 |
| Z004888 | 2 | PNA1 | C | 3 | S. Gadson #600 | 1/27/12 |
| Z004888 | 2 | S. Gadson #600 | DND1/B/3 | 1/27/12 |
| Z004888 | 2 | DND1/B/3 | S. Gadson #600 | 2/1/12 |
| Z004888 | 2 | S. Gadson #600 | S. GRAY | 2/1/12 |
| Z004888 | 2 | S. GRAY | PA | 2/1/12 |
| Z004888 | 2 | PA | DPC1/B/4 | 2-1-12 |
| Z004888 | 2 | DPC1/B/4 | PSF | 3/30/12 |
| | | | | |
| | | | | |
| | | | | |

*   empty packaging returned.   See above for items retained at laboratory.
**   rape kit returned.   Includes all items not listed for retained storage.
***   items submitted as reference samples.   To be vouchered by evidence DNA unit, except swabs.

FB12-00490

**DEF 814**

OFFICE OF THE CHIEF MEDICAL EXAMINER
EVIDENCE TRACKING FOR DNA/SEROLOGY ONLY

FB# 12-0024L                    EVIDENCE UNIT CONTROL # 12-M000606

Subject(s) (V) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇          M.E.# _____

_____          M.E.# _____

_____          M.E.# _____

_____          M.E.# _____

**EVIDENCE SUBMITTED (As listed on vouchers)**    Each voucher will have its own custody form.

| VOUCHER # | ITEM# - QTY | | DESCRIPTION |
|---|---|---|---|
| 1000 X119444 | 1 | | ELIMINATION CONSENT SAMPLE FROM ▇▇▇▇ |
| # of Packages 1 ENV | | | ▇▇▇▇▇▇▇ |
| Storage # N / A | | | |
| Security Envelope # N / A | | | |
| Narcotic Envelope # N / A | | | |

➡ **CHAIN OF CUSTODY:** Black or Blue ink

| VOUCHER | ITEM (S) | RECEIVED FROM | RECEIVED BY | DATE |
|---|---|---|---|---|
| 1000 X119444 | 1 | R. Jarvin | E. Escobar | 01/13/12 |
| 1000 X119444 | 1 | E. Escobar | CAGE A | 01/13/12 |
| 1000 119444 | 1 | CAGE A | G. Gonzalez | 1-13-12 |
| 1000 119444 | 1 | G. Escobar | PNA1 C/4 | 1-13-12 |
| 1000 119444 | 1 | PNA1 C/4 | C #606 | 1/18/12 |
| 1000 119 444 | 1 | C #606 | DNC4/B/2 | 1/18/12 |
| 1000 119 444 | 1 | DNC1/B/2 | C #606 | 2/7/12 |
| 1000 119 444 | 1 | C #606 | G. Rel | 2/7/12 |
| 1000 119444 | 1 | G. Rel | BioStorage | 2/7/12 |
| 1000 119444 | 1 | BioStorage | V. Nelson | 2/9/12 |
| 1000 119444 | 1 | V. Nelson | C #606 | 2/9/12 |
| 1000 119444 | 1 | C #606 | Pending J2-C1 | 2/9/12 |
| 1000 119444 | 1 | Pending J2-C1 | S. Godson #600 | 3/18/12 |

\*   empty packaging returned.  See above for items retained at laboratory.
\*\*   rape kit returned.  Includes all items not listed for retained storage.
\*\*\*   items submitted as reference samples.  To be vouchered by evidence DNA unit, except swabs.

FB12-0024L

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  
COUNTY OF <u>Bronx</u> } s.s.:

I, <u>Robert Jones</u>, being duly sworn deposed and state:

That I have on the <u>15th</u> day of <u>April ~~Febuary 23~~</u>, 20 <u>17</u>, placed and

submitted the original and copies of this motion to be duly mailed via the United States

Postal Service, through the institutional mailroom of the <u>RNDC</u>

~~Correctional Facility. Said moving papers were mailed to the following concerned~~

parties:

Supreme Court  
_____ County  
_____  
_____

District Attorney  
_____ County  
_____  
_____

_____, Defense Counsel  
_____  
_____

Honorable Judge Katherine P. Failla  
United States District Court  
Southern District of New york  
500 Peral Street  
New York, New york 10007.

Maria F. Decastro, esq  
Assistant Corporation Counsel  
City of New York  
100 Church Street 10007.

Yours, etc...

_Robert Jones_  
DEFENDANT

Sworn to before me this  
<u>29</u> day of <u>April</u>, 20<u>17</u>.

_____  
NOTARY PUBLIC / COMMISSIONER OF DEEDS

DANIELLE STRINGER  
Notary Public State of New York  
No 01ST6131234  
Qualified in Queens County  
Commission Expires August 1, 2017

7

# EXHIBIT A

POLICE DEPARTMENT
CITY OF NEW YORK

ARTIST CIRCULAR
NO. WP#16-17-12
DATE PREPARED
01-24-12

POLICE DEPARTMENT
CITY OF NEW YORK



# WANTED
# FOR BURGLARY



suspect walked with an
aluminum metal crutch.

## MALE / BLACK / 40-45 YEARS OF AGE
## HEIGHT 5'X09" / GOATEE

The above is a sketch resembling a suspect sought for a *BURGLARY* that occurred on *01-11-12,* at *1830 HRS* in the confines of the *MTN PRECINCT.*. This sketch is based on a description supplied by a witness.

DESCRIPTION: MALE, BLACK, 40-45 YRS OF AGE, MEDIUM BUILD, BLACK HAIR WITH SALT & PEPPER ON THE SIDE AND A GOATEE WITH SALT & PEPPER. SUSPECT HAS A MOLE ON HIS RIGHT CHEEK.

*THE ABOVE SUSPECT IS SOUGHT FOR A SERIES OF BURGLARIES THAT OCCURRED WITHIN THE CONFINES OF THE MTN PRECINCT. SUSPECT CLIMBED REAR FIRE ESCAPES THEN GAINED ACCESS TO APARTMENTS BY REMOVING AIR CONDITIONERS.*

Anyone with information regarding the above subject please notify
INVESTIGATOR: DET CRIOLLO  COMMAND ASSIGNED: MTN SQD (212)767-8415
CASE # 2012-105 PBMS PATTERN #04  COMPLAINT REPORT # 2012-018-323

**DEF 567**





SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

IN THE MATTER OF AN APPLICATION FOR A

WARRANT TO SEARCH THE COMMON AREA (LIVINGROOM

AND KITCHEN) DOWNSTAIRS AND THE UPSTAIRS FRONT

BEDROOM, (SPECIFICALLY THE LOWER LEFT BUNK BED AS

YOU ENTER SAID BEDROOM, THE AREA UNDER SAID BED,

THE AREA NEXT TO AND DIRECTLY ADJACENT TO SAID

BED, THE DRESSER LOCATED ON THE LEFT OF THE ROOM,

THE CLOSET AND THE AREA DIRECTLY ADJACENT TO THE

CLOSET) WITHIN THE PREMISES LOCATED AT

571 GLENMORE AVENUE, APARTMENT NUMBER 2,

BROOKLYN NEW YORK ("THE TARGET PREMISES")

### AFFIDAVIT IN SUPPORT OF
### SEARCH WARRANT

Detective Robert Hahn, shield 463, of the Midtown North Detective Squad of the New York City Police Department, being duly sworn, deposes and says:

1.     I am a detective, shield 463, assigned to the Midtown North Detective Squad, and as such I am a public servant of the kind specified in CPL 690.05(1).

2.     This affidavit is submitted in support of an application for a warrant to search the common area (living room and kitchen) and the upstairs front bedroom, specifically the lower left bunk bed as you enter said bedroom, the area under said bed, the area next to and directly adjacent to said bed, the dresser located on the left of the room, the closet in said room, and the area directly adjacent to the closet within 571 Glenmore Avenue, Apartment 2, Brooklyn, New York, ("the target premises"), where there is reasonable cause to believe that the following property may be found:

a.     clothing worn by the perpetrator in the commission of a pattern of burglaries including but not limited to, a black or dark colored bubble coat, a set of crutches, and a cane;

b.     the stolen items themselves including, but not limited to, laptops, jewelry, credit

1

**DEF 73**

cards, and other proceeds;

    c. as well as evidence of the commission of the crimes of Burglary in the Second Degree and related crimes, including but not limited to:

        d. currency and other evidence of proceeds from a string of burglaries including but not limited to stored electronic communications, data, information and images contained in computer disks, CD ROMs and hard drives, tending to demonstrate cash transactions or financial transfers derived from the possession of cash currency, money orders, bank receipts, stocks, bonds, bills and receipts for goods and services, documents relating to real estate holdings, and any title or registration to motor vehicles, other financial receipts, and records;

        e. electronic communication equipment including but not limited to telephone bases and handsets, cellular telephones, answering machines, paging devices and related equipment including but not limited to auxiliary batteries, chargers, and wiring, and stored information, data, and images contained on or in said communication equipment including but not limited to stored names and numbers and recorded messages; and electronic security equipment and devices;

        f. evidence of ownership and use of the target premises, or the use of property located therein by any person, including but not limited to keys, telephone bills, utility bills, bank statements, leases, deeds, or rent receipts related to the target premises or other real property, mail addressed to or from the target premises or other documents bearing the address of the target premises, identification bearing the name or photograph of any person, telephone-books, address books, date books, calendars, personal papers, tooth and hair brushes, and videotapes and photographs of persons; It is also requested for evidentiary purposes that this Court grant authorization for law enforcement personnel to videotape and photograph the interior of the target premises; to process the target premises for fingerprints; and to analyze, test, and in any way scientifically process the target premises and all the items seized.

    3.    With respect to the stored electronic communications, data, information and images contained in computer disks, CD ROMs and hard drives, described above, it is also requested that this Court grant permission to retrieve the above-described communications, data, information, and images, and print them or otherwise reproduce them by converting them or copying them into storage in another device.

    4.    As set forth below, there is reasonable cause to believe the above described property is stolen and unlawfully possessed, and the above described property constitutes evidence or tends to demonstrate that an offense was committed or that a particular person participated in the commission of said offense.

    5.    Deponent states the following, based on deponent's conversations with law enforcement, specifically Detective Jose Criollo, shield 4076 of the Midtown North Detective.

    6.    Deponent states that deponent is informed by Detective Criollo that on

**DEF 74**

approximately fourteen (14) different occasions between November 30, 2011 and January 19, 2012 an individual entered a residential location and removed property from inside, including ipods, laptops, jewelry, and other personal property. Informant is further informed by individuals known to the District Attorney's Office that on each of these occasions, property was missing from said locations and that defendant did not have permission or authority to enter the above locations, or to take or remove any property.

7.    Deponent is further informed that the individual entering said locations was ROBERT JONES, in that on several occasion the individual entering the locations was described as a black male who was using crutches. Furthermore, some of the above incidents, specifically the entry or exit from said buildings, were captured on surveillance video.

8.    Deponent is further informed by informant that on one occasion an Apple laptop was taken from a residential location and that said laptop contained a tracking device. Deponent is further informed that around January 24, 2012, said tracking device indicated that said laptop was located and in use on Glenmore Avenue near Schenck Avenue which is less than one block from the target premises.

9.    Deponent's basis for believing that the property is in the above location is as follows: I went to the target premises on January 25, 2012 and observed ROBERT JONES sitting on the lower left bunk bed. ROBERT JONES was, at the time, using an Apple laptop which had previously been taken from one of the above residential locations at 409 West 48th Street, Apt 3RW. I also saw that ROBERT JONES was using crutches and I observed other laptops and electronics involved in the commission of said crimes.

10.    Deponent further states that deponent spoke to an individual known to the District Attorney's Office that informant is the manager of the above location and that said individual informed deponent that ROBERT JONES lives in said upstairs front bedroom, that he occupies the lower left bunk, has access to the area near and under his bed, access to the dresser on the left and the closet as well as access to the downstairs common areas including the living room and the kitchen.

3

**DEF 75**

WHEREFORE, deponent respectfully requests that the court issue a warrant and order of seizure in the form annexed (i) authorizing a search of the common area (living room and kitchen) and the upstairs front bedroom, specifically the lower left bunk bed as you enter said bedroom, the area under said bed, the area next to and directly adjacent to said bed, the dresser located on the left of the room, the closet in said room, and the area directly adjacent to the closet within 571 Glenmore Avenue, Apartment 2, Brooklyn, New York, ("the target premises"), and (ii) directing that if such evidence is found, it be brought before the Court.

No previous application other than the afore-mentioned and attached search warrant has been made in this matter to any other Judge, Justice, or Magistrate.

_____
                                                    Detective
                                                    Robert Hahn


_____
Lauren Perry
APPROVED: Assistant District Attorney



Sworn to before me this
January 26, 2012

_____
Judge

                        _____
                        Name of Court Reporter

4

**DEF 76**

# EXHIBIT B

| **Warrant Compartment** |
|---|

| **[1 Root]** | **INCIDENT FILE REPORT** |
|---|---|

| Warrant ( 20120126001750 ) |
|---|

- *INCIDENT INFORMATION*

**Incident Number:** 20120126001750

| **Type:** Warrant | **Task Force:** |
|---|---|
| **Discovered:** 01/26/2012 | **Reported:** 01/26/2012  **By:** Hahn, Robert |

- *ADDITIONAL COMMENTS*

**Narrative Summary**
    SAFETNet Number: 20120007574; Warrant/Docket: N009S2012

| **1** | *Warrant(s)* |
|---|---|

| - **Type:** Local Search Warrant | **Number:** N009S2012 |
|---|---|
| **SAFETNet Number:** 20120007574 | **County Issued:** New York |
| **Obtained:** 01/26/2012  **By:** HON. ARMSTRONG | **Served:** |
| **Signed By:** HON. ARMSTRONG | **District Attorney:** PERRY |

*OBJECTIVES*
- Stolen Property

*REASONS*
➡ - Officer Plain View Observation

*REQUESTING OFFICER*

| **Rank / Name:** Detective Hahn, Robert | **Contact Number:** (212)767-8415 |
|---|---|
| **Agency:** NYPD | **Command:** 018 MTN DET SQUAD |
| **Identification Number:** 906400 | **Identification Type:** Tax Number |

*SUPERVISING OFFICER*

| **Rank / Name:** Lieutenant Rivera, Felix | **Contact Number:** (212)767-8415 |
|---|---|

| **[1.1]** | **ASSOCIATED LOCATION** | |
|---|---|---|
| *Relationship* | Role: Has warrant to enter | Date: 01/26/2012 |

- *LOCATION INFORMATION*

| **Location Type** | **Location Name** |
|---|---|
| Residence | |

**Description**

- *STREET ADDRESS*

| **Dir.** | **Number** | **Street** | **Suffix** | **Suffix Dir.** | **Unit Indicator** | **Unit Number** |
|---|---|---|---|---|---|---|
| | 571 | Glenmore | Avenue | | | |

| **P.O. Box** | **City** | **State** | **Zip Code** |
|---|---|---|---|
| | Brooklyn | New York | 11207 |

**Country:** UNITED STATES

- *DETAILS*

| **County** | **County Jurisdiction** | **Borough** | **Precinct** |
|---|---|---|---|
| Kings | | Brooklyn North | 075 |

**Zone**
05

- *INTERSECTION / HIGHWAY INFORMATION*

**DEF 1019**

POLICE DEPARTMENT

WARRANT TRACKING SYSTEM -
PRE-WARRANT DATA ENTRY FORM
PD374-143 (8-06 Intel)

## PRE
THIS FORM **MUST** BE TYPED

I.D.S. No.: 20120126001750

(Supplied by Intel. Div. - S.D.U.)

This form must be completed in detail before a warrant may be executed. Warrant will not be processed with blanks or omissions on form. If using a C.I., the C.I. number **AND** code name must be entered.
**MAKE NOTE OF I.D.S. NUMBER ON RETURN FAX! ENTER I.D.S. NUMBER IN CAPTION ON POST-WARRANT FORM!**

## REQUESTING OFFICER (Affiant)

Rank: DET     Last Name: HAHN                First Name: ROBERT

Contact No.: 212-767-8415      Pager: 9999999999      Cell Phone: 9999999999      Fax: 212-767-8469

Agency: NYPD        Command: MTN SQD               Command Telephone: 212-767-8415

Shield: 463     Tax Number *: 906400     Soc. Sec. No. * (non-NYPD only):

## SUPERVISING OFFICER

Rank: LT     Last Name: RIVERA                First Name: FELIX

Tax *: 920765          SSN *:          Command: MTN SQD          Contact No.: 212-767-8415

* - The tax number/SSN of the requesting officer and supervising officer are needed to ensure the correct personnel are authorized to access the system, and to update personnel information within I.D.S.

## WARRANT INFORMATION

**Warrant Type:**
- [ ] Arrest Subpoena
- [ ] Federal Seizure Warrant
- [x] Local Search (Select County of Issuance, below)
- [ ] State Seizure Warrant
- [ ] Federal Search Warrant
- [ ] Grand Jury Subpoena
- [ ] State Subpoena

**Reason for Warrant:**
- [ ] C.I. Info/C.I. Buy (C.I. #_____
    & Code Name:_____)
- [ ] Investigative Follow-Up
- [x] Officer Plain View Observation
- [ ] Other:
- [ ] U/C Buy

Date Applied/Obtained: 01/26/2012     ADA Assigned: ADA LAUREN PERRY

Issuing Judge: HON. ARMSTRONG

SAFETNet No. *(required)*: 20120007574

Warrant / Docket #: N009S2012

**County of Issuance:**
- [ ] BX
- [ ] Q
- [ ] K
- [ ] R
- [x] NY

**Warrant Exceptions:**
- [ ] No Knock
- [ ] After Hours
- [ ] Other:

## WARRANT LOCATION (SPECIFIC)

Location Type: APARTMENT HOUSE

Public Housing?: [ ]

Street No.: 571     Street Name: GLENMORE AVENUE     Apt No.: 2

City: BROOKLYN          State: NY          ZIP: 11207

Cross Streets: SCHENCK AVE & HENDRIX STREET          County: BROOKLYN

Location Description: 2 STORY PRIVATE HOUSE

**Patrol Borough:**
- [ ] MN
- [x] BN
- [ ] QN
- [ ] BX

Pct.: 075
- [ ] MS
- [ ] BS
- [ ] QS
- [ ] SI

## WARRANT OBJECTIVE(S)

- [ ] Narcotics
- [ ] Other (specify in NOTES)
- [ ] Person
- [x] Stolen Property (specify in NOTES)
- [ ] Weapons

NOTES (specify other warrant type, reason, exception, other objective, stolen property sought, etc.)

WHILE AT LOCATION (571 GLENMORE AVENUE) DET HAHN OBSERVED A APPLE LAPTOP WHICH WAS STOLEN FROM 409 WEST 48 ST (APT# 3RW). IN CONNECTION TO FOURTEEN (14) BURGLARY INVESTIGATIONS.

This form must be faxed to (646) 805-6290. Information/requests WILL NOT be accepted by telephone. Attach copy of warrant.

Call (646) 805-6139 to confirm the receipt of your fax.

**DEF 991**

EXHIBIT "C"

| | | Date SW Obtained | B.O./Case No. | Div. Serial No. | Command | Command Serial No. |
|---|---|---|---|---|---|---|
| | | 1/26/12 | | | MTN SQD | 2012-02 |

| SW Obtained DET HAHN | From Court (County) | Court Warrant No. | ☐ No-Knock ☐ Night Service | Tactical Plan Ranking Officer in Charge LT RIVERA |
|---|---|---|---|---|

| PERSONNEL | | SPECIFIC ASSIGNMENT | SUPERVISED BY | EQUIPMENT | SHOTGUN |
|---|---|---|---|---|---|
| LT RIVERA | 1 | SUPERVISOR | DI HAAS | | YES NO ☐ ☒ |
| | 2 | | | | AUTO NO. 277 |
| DET THORNTON | 1 | SEARCH | LT RIVERA | | YES NO ☐ ☒ |
| | 2 | | | | AUTO NO. 277 |
| DET SAGER | 1 | RECORDER | LT RIVERA | | YES NO ☐ ☒ |
| | 2 | | | | AUTO NO. 277 |
| | 1 | HOSPITAL CAR | LT RIVERA | | YES NO ☐ ☐ |
| | 2 | | | | AUTO NO. |
| | 1 | HOSPITAL CAR | LT RIVERA | | YES NO ☐ ☒ |
| | 2 | | | | AUTO NO. |
| | 1 | | | | YES NO ☐ ☐ |
| | 2 | | | | AUTO NO. |
| | 1 | | | | YES NO ☐ ☐ |
| | 2 | | | | AUTO NO. |
| | 1 | | | | YES NO ☐ ☐ |
| | 2 | | | | AUTO NO. |
| | 1 | | | | YES NO ☐ ☐ |
| | 2 | | | | AUTO NO. |
| | 1 | | | | YES NO ☐ ☐ |
| | 2 | | | | AUTO NO. |

| Shotgun Authorization By NONE | Radio Disp. NTFD ☒ YES ☐ NO | Officer Assigned "Area"Portable Radio YES | Reconnaissance of Area Performed By DET THORNTON/ DET SAGER |
|---|---|---|---|

Potential Hazards - Problems
TARGET PREMISS HAS BEEN SAFEGUARDED CONTINUALLY FOR 24 HOURS.

| LOCATION | Exact Address of Building 571 GLENMORE AVENUE | | | Floor 2ND | | Apt. No. 2 |
|---|---|---|---|---|---|---|
| | Distinctive Markings - Location of Address Number MARKED ABOVE FRONT DOOR | | | | | |
| | Exterior Door Construction - Distinctive Markings WOODEN DOOR (UNLOCKED) | Alarm ☐ YES ☒ NO | Peep Hole ☒ YES ☐ NO | Locks ☐ YES ☒ NO | Fire Escape ☒ YES ☐ NO | Rear Exit ☒ YES ☐ NO |
| | Interior Door Construction - Distinctive Markings NONE | Alarm ☐ YES ☐ NO | Peep Hole ☐ YES ☐ NO | Locks ☐ YES ☐ NO | Fire Escape ☐ YES ☐ NO | Rear Exit ☐ YES ☐ NO |

| NOTIFICATION | Indicate Public Information Officer, Outside Agencies e.g. IAD, IRS, Housing Police, etc. |
|---|---|

DISTRIBUTION-WHITE: UNIT CASE FOLDER     BLUE: TEAM CASE FOLDER     PINK: DIV. OFFICE     BUFF: SEARCH WARRANT FILE

**DEF 992**

| COMPLAINT - FOLLOW UP INFORMATIONAL REPORT - ARREST | | Crime/Condition BURGLARY | Command 024-24TH PRECINCT Date of This Report 03/1/2012 |
|---|---|---|---|

| Date of UF61 01/24/2012 | Date Case Assigned 01/25/2012 | Complaint No. 2012-024-00337 | Case No. 2012 - 7S | Unit Reporting BRAM | Follow-Up No. 3 |
|---|---|---|---|---|---|

| Complainant's Name ▓▓▓▓ | Address ▓▓▓▓ | | Apt No. ▓▓ |
|---|---|---|---|

**Nickname/Alias/Middle Name**

| Sex MALE | Race WHITE | Date of Birth ▓▓▓▓ | Age 20 |
|---|---|---|---|

| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address ▓▓▓▓ |
|---|---|---|---|---|

| Perpetrator's Last Name, First M.I. JONES, ROBERT | Wanted/Arrested ARRESTED |
|---|---|

**Nickname/Alias/Middle Name**

| Address 571 GLENMORE AVENUE BROOKLYN NY 11207 | Apt No. A2 | Res. Pct. 0 | NYSID No. 04757650Q |
|---|---|---|---|

| Position/Relationship UNKNOWN/NONE | Sex MALE | Race BLACK | Date of Birth 01/11/1964 | Age 48 | Height 5FT09IN | Weight 180 |
|---|---|---|---|---|---|---|

| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address | U.S. Citizen Yes | State/Country of Birth NEW YORK |
|---|---|---|---|---|---|---|

**Description**
Eye Color:BROWN Hair Color:BLACK Hair Length:NORMAL Hairstyle:CLOSE CUT Complexion:BLOTCHY Skin Tone:DARK

| Accent No | Weapon | Describe Weapon (If firearm, give color, make, caliber, type, model, etc.) | Discharged |
|---|---|---|---|

| Gang Affiliation No | Gang Name | Gang Identifier |
|---|---|---|

| M.O. | Transit M.O. | |
|---|---|---|

| Action Toward Victim | Special Characteristics | New Burglary/Grand Larceny Specific M.O. |
|---|---|---|

| Mask: | Gloves: |
|---|---|

**Clothing Description**
Head Gear:UNK Foot Gear:UNK Outer Wear:UNK Other Clothing/Accessories:UNK

**Scars, Marks**
Distinguishing Body Marks (1):TATOO WITH PICTURE ONLY Location (1):ARM Description:WOMEN Distinguishing Body Marks (2):SCAR Location (2):FACE/HEAD

| Impersonation of UNKNOWN | If other |
|---|---|

**Frequents Areas in the Confines of the Precinct(s)**

| Activity Address Location OFFICE | | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|---|
| Cross Street | | | Intersection of and | | Premise Type | |

| Activity Date 01/26/2012 | Activity Time 00:00 |
|---|---|

**Topic/Subject:**
(ARREST) ROBERT JONES ←

**Summary of Investigation:**
1. On January 26, 2012, at approximately 2320 hours Det Diente arrested Roberts Jones for this investigation. Det Criollo MN Squad executed a search warrant on Mr Jones room located on 571 Glenmore Avenue, Brooklyn, NY 11207 and found the victim's for this investigation property inside.
ARREST : ROBERT JONES

2. Case Active

| Reporting Officer: | Rank DT3 | Name DIMITRIJ PROKOPEZ | | Tax Reg. No. ▓▓ | Command 249-24 DET SQUAD |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing | Date Reviewed 03/15/2012 | Date of Next Review | Name PETER UNGARINO | Supv. Tax No. |

Fax: 17212671833      Oct 17 2014 11:21am P009/019
24P05

**DEF 629**

EXHIBIT "D"

# NYPD Complaint Follow-up Informational System

**INDEX SHEET**
PD-113-140(190-95)-h2

**COMPLAINT #:   2012-018-000324**
**CASE #:   2012-126**

| ITEM NO. | DATE | ITEM (Include brief description of item/subject matter) |
|---|---|---|
| 1 | 01/11/2012 | (ECT CONFERRAL) ECT REPORT |
| 2 | 01/11/2012 | (INTERVIEW) ███████ J ██████ |
| 3 | 01/11/2012 | (INTERVIEW) MOS |
| 4 | 01/13/2012 | (CANVASS) VIDEO CANVASS NORTH AND SOUTH ON 9 AVENUE FROM THE INTERSECTION OF W44 & 9 AVE |
| 5 | 01/13/2012 | (Other Attachments) PATTERN 2012-4 WANTED POSTER FOR MTN PATROL. |
| A | 01/13/2012 | (Other Attachments) PATTERN 2012-4 WANTED POSTER FOR MTN PATROL. |
| 6 | 01/16/2012 | (CANVASS) VIDEO CANVASS AT 647 AVENUE |
| 7 | 01/17/2012 | CONTACT TLC |
| 8 | 01/19/2012 | (Other Attachments) TLC TAXI INVESTIGATION REPORT |
| B | 01/19/2012 | (Other Attachments) TLC TAXI INVESTIGATION REPORT |
| 9 | 01/20/2012 | (WANTED FLYER) RESIDENTIL BURGLARY WANTED FLYER |
| C | 01/20/2012 | (WANTED FLYER) RESIDENTIL BURGLARY WANTED FLYER |
| 10 | 01/20/2012 | CONTACT NYS PAROLE |
| 11 | 01/20/2012 | (Other Attachments) CONATCT TAXI DRIVERS |
| D | 01/20/2012 | (Other Attachments) CONATCT TAXI DRIVERS |
| 12 | 01/20/2012 | (Other Attachments) CASE PHOTOS |
| E | 01/20/2012 | (Other Attachments) CASE PHOTOS |
| 13 | 01/20/2012 | RTTC 170 UITICA AVENUE ADDRESS SEARCH |
| 14 | 01/20/2012 | (INTERVIEW) TAXI CAB # 9C16 DRIVER ██████████ |
| 15 | 01/24/2012 | (WANTED FLYER) RESIDENTIAL BURGLARY  ← |
| F | 01/24/2012 | (WANTED FLYER) RESIDENTIAL BURGLARY |
| 16 | 01/26/2012 | (ARREST) ROBERT JONES  ← |
| 17 | 01/26/2012 | (WANTED FLYER) ARREST OF ROBERT JONES |
| G | 01/26/2012 | (WANTED FLYER) ARREST OF ROBERT JONES |
| 18 | 01/26/2012 | (LINE UP) LINE-UP WITH SUBJECT ROBERT JONES NYSID # 04757650Q |
| H | 01/26/2012 | (LINE UP) LINE-UP WITH SUBJECT ROBERT JONES NYSID # 04757650Q  ← |
| 19 | 03/22/2012 | (DNA ANALYSIS REPORT) DNA ANALYSIS REPORT |
| I | 03/22/2012 | (DNA ANALYSIS REPORT) DNA ANALYSIS REPORT |
| 20 | 03/30/2012 | (DNA HIT) DNA HIT |
| 21 | 03/30/2012 | (DNA HIT RESULT) DNA HIT RESULT |
| J | 03/30/2012 | (DNA HIT RESULT) DNA HIT RESULT |
| 22 | 04/05/2012 | (DNA HIT) DNA HIT |
| 23 | 04/05/2012 | (DNA HIT RESULT) DNA HIT RESULT |
| K | 04/05/2012 | (DNA HIT RESULT) DNA HIT RESULT |
| 24 | 04/05/2012 | (DNA HIT) DNA HIT |
| 25 | 04/05/2012 | (DNA HIT RESULT) DNA HIT RESULT |
| L | 04/05/2012 | (DNA HIT RESULT) DNA HIT RESULT |
| 26 | 04/29/2012 | (DNA ANALYSIS REPORT) DNA ANALYSIS REPORT |
| M | 04/29/2012 | (DNA ANALYSIS REPORT) DNA ANALYSIS REPORT |
| 27 | 05/01/2012 | (DNA ANALYSIS REPORT) DNA ANALYSIS REPORT |
| N | 05/01/2012 | (DNA ANALYSIS REPORT) DNA ANALYSIS REPORT |
| 28 | 11/08/2012 | (CLOSING) CLOSING CASE 126 A-1 / LAUREN PEERY IS THE ADA ASSIGN. |

**DEF 572**

| | COMPLAINT - FOLLOW UP INFORMATIONAL REPORT - CANVASS | | Crime/Condition BURGLARY | Command 243-MTN DET SQUAD Date of This Report 01/24/2012 |
|---|---|---|---|---|

| Date of UF61 01/20/2012 | Date Case Assigned 01/22/2012 | Complaint No. 2012-018-00534 | Case No. - 214 | Unit Reporting SQUAD | Follow-Up No. 6 |
|---|---|---|---|---|---|

| Reference Case No 2012 - 105 | Command 243-DET SQD, MAN-MTN | Complaint No 2012- 18- 323 |
|---|---|---|

| Complainant's Name M█████ S█████ | Address █████████████████ | Apt No. |
|---|---|---|

Nickname/Alias/Middle Name
NONE

| Sex | Race | Date of Birth | Age |
|---|---|---|---|

| Home Telephone | Business Telephone | Cell Phone | Beeper # | E-Mail Address |
|---|---|---|---|---|

| Activity Address Location NYC | Street | City BROOKLYN | State NY | Zip | Apt # |
|---|---|---|---|---|---|

| Cross Street | Intersection of SCHENCK AVENUE and GLENMORE AVENUE - NORTH EAST CORNER | Premise Type |
|---|---|---|

| Activity Date 01/24/2012 | Activity Time 10:00 |
|---|---|

**Topic/Subject:**
(CANVASS) CANVASS FOR STOLEN LAPTOP

**Summary of Investigation:**
1. On January 24, 2012, at approximately 1000HRS I CONDUCTED A CANVASS IN THE CONFINES OF THE 75PCT IN REGARDS TO THE C/V STOLEN LAPTOP. THIS CANVAS WAS CONDUCTED ALONG SCHENCK AVE BETWEEN GLENMORE AVE AND LIBERTY AVE. THIS AREA IS IN THE VICINITY OF 581 GLENMORE AVE, WHERE THE C/V LAPTOP WAS ACTIVATED AT APPROX 0830HRS THIS MORNING.

2. THE FOLLOWING BUILDINGS WERE CANVASSED:
263 SCHENCK AVE - DOLORES SHAW,F/B, 70YRS OLD, LIVES ALONE AND DOES NOT OWN A LAPTOP. MISS SHAW DOES NOT ASSOCIATE WITH ANY OF THE PEOPLE OUT ON HER BLOCK.
259 SCHENCK AVE - BO, LAST NAME REFUSED,M/B, 65YRS OLD, STATES THAT HE LIVES ALONE AND OWNS A HOME COMPUTER BUT NO LAPTOP.
245 SCHENCK AVE - NO ANSWER 254 SCHENCK AVE - NO ANSWER
246 SCHENCK AVE - NO ANSWER 256 SCHENCK AVE - NO ANSWER
247 SCHENCK AVE - NO ANSWER 258 SCHENCK AVE - NO ANSWER
252 SCHENCK AVE - NO ANSWER 260 SCHENCK AVE - NO ANSWER

| Reporting Officer: | Rank DT2 | Name KEVIN HOMAN | | Tax Reg. No. 883305 | Command 243-MTN DET SQUAD |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing | Date Reviewed 01/26/2012 | Date of Next Review | Name JAMES DUKE | Supv. Tax No. 902752 |

EXHIBIT "E"

B#
(E)

To see all the details that are visible on the
screen, use the "Print" link next to the map.

Go gle



Part A

DEF 997

Exhibit (P)

| B.O./Case No.<br>2012-105 | Div. Serial No. | Command<br>MTN SQD | Command Serial No.<br>2012-02 |
|---|---|---|---|

DIAGRAM: (Include Exterior Street Area, Hallway and Apartment Layout. Indicate Expected Position of Personnel)



Part A

Part B

DETAILS OF MANNER OF EXECUTION:

IF ADDITIONAL SPACE NEEDED - USE COMPLAINT FOLLOW-UP INFORMATIONAL PD 313-0818

| SUPERVISOR PREPARING PLAN | | APPROVING SUPERVISOR | |
|---|---|---|---|
| Rank and Name - Printed | Signature | Rank and Name - Printed | Signature |
| LT. Rivera | | | |

DISTRIBUTION -WHITE: UNIT CASE FOLDER    BLUE: TEAM CASE FOLDER    PINK: DIV. OFFICE    BUFF: SEARCH WARRANT FILE

**DEF 993**

EXHIBIT "F"

"E"

# ARREST DATA DISPLAY

1306957

D-Rate Appr

AO Name:  JAMES MEEHAN
AO Contact: _____

Arrest ID:      M12608324
Def. Name:    JONES, ROBERT

Print Name

**DEFENDANT**

| Name | NYSID | Sex | Race | DOB | Birth Pl | Address | Aq |
|------|-------|-----|------|-----|----------|---------|-----|
| JONES, ROBERT | 04757650Q | M | BLACK | 01/11/1964 | NY | 571 GLENMORE AVE BROOKLYN, NY 10019 | 47 |

**ARREST**

| Date | Time | Location | Precinct | DAT Return Date | Arrest Processing Type |
|------|------|----------|----------|-----------------|------------------------|
| 01/27/2012 | 08:50 | 357 WEST 35 ST NYC, NY 10 | MTS PCT | | Online Arrest |

**AO**

| Name | Rank | Department | Command | Tax Number | Shield |
|------|------|------------|---------|------------|--------|
| JAMES MEEHAN | DT3 | N.Y. POLICE DEPT. | MTS DET | 906807 | 06445 |

**CHARGES**

| Law Code | Attempt | Counts | Category | Class | ChargeOrder |
|----------|---------|--------|----------|-------|-------------|
| PL 1402502 | | 0001 | F | C | 1 |
| PL 1654000 | | 0001 | M | A | 2 |

**COMPLAINT**

| Complaint Number (UF61) | Report Date | Occurrence Date | Occurrence Time | Occurrence Place |
|-------------------------|-------------|-----------------|-----------------|------------------|
| 2011-014-014341 | 1/27/2012 11:46:03 AM | 12/26/2011 | 15:00 | 616 9 AVE ▮ NYC, NY |

**OMNI NARRATIVE**

AT T/P/O DEFT DID UNLAWFULLY ENTER A RESIDENTIAL DWELLING AND HE DID REMOVE PROPERTY WITH OUT PERMISSION OR AUTHORITY TO DO SO. DEFT WAS FOUND TO BE IN POSSESSION OF STOLEN PROPERTY.

**COMPLAINANT**

| Last Name | First Name | Race | Address | Phone | Def-Vict Cohab | Vict Age | Vict Sex |
|-----------|------------|------|---------|-------|----------------|----------|----------|
| ▮ | ▮ | WHITE | ▮ | ▮ | N | 28 | MALE |

**VOUCHERS**

**ARREST ALERT GROUP(s)**

| Category: Group | Tracked NYSID | Contact | Note |
|-----------------|---------------|---------|------|
| Parole: Parole | 04757650Q | Strykers-Santiago, Estelle | |
| Precincts - MTN Pct.: MTN Recidivists (General) | 04757650Q | Pearson, Heather | ▮ |

**INSTRUCTIONS**

Instructions to ECAB from Arrest Alert System:

ON PAROLE. Please contact Area Office 'BROOKLYN V' at 7185237048 Senior Parole Office Name: 'JEFFERIES,JAMES' Parole Office Name: 'HOWARD,VANESSA' (Please see DANY Case Services for parole officers' cell phone numbers.) --

**DEF 568**

| | FORENSIC BIOLOGY – Case Contacts | | |
|---|---|---|---|
| DATE EFFECTIVE 3/12/2010 | APPROVED BY Eugene Lien | PAGE 1 of 1 | |

| Date | Time | Initials | Communication | Name | Agency |
|---|---|---|---|---|---|
| 3/21/12 | 0820 | SAS | sent e-mail to | 'DNALabs@dany.nyc.gov' | MDAO |

Good morning,

I am making a request for a reference sample for the following case in order to compare it to DNA results:

Complaint#

Case type

FB#

Complainant/Entity
Suspect Information    Comparison sample(s) needed
2011-014-14341 BurglaryFB12-00490 ← c/v ▓▓▓▓▓▓   Robert Jones
Arrest No: M12608324 ◄
NYSID No: 04757650Q ← c/v ▓▓▓▓▓▓

The Forensic Biology analyst assigned to this case is:  Shannon Soltysiak, 212-323-1352.

If you are unable to obtain a sample please let us know as soon as possible (no later than two weeks from the date of this email) so the case can be completed. .

Thank you,

Shannon Soltysiak

| Date | Time | Initials | Communication | Name | Agency |
|---|---|---|---|---|---|
| 3/21/12 | 1121 | SAS | called | Sergeant Simona | FID LU |

Called Sergeant Simona to tell him that we have a mixture of DNA from handle of the knife and that the DA's office was contacted for and elimination sample from the c/v. I told him that the sample would likely be available only for comparison as it was a mixture of at least 3 people. I told him we were still awaiting the dup of the sample and that there was a chance that it may be unsuitable for comparison because of the number of contributors. I also told him we have a sample for Robert Jones which is currently being typed (as FB12-S0144). ◄

| Date | Time | Initials | Communication | Name | Agency |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| Date | Time | Initials | Communication | Name | Agency |
|---|---|---|---|---|---|

1200490x

FB12-00490

**DEF 826**

Det Jones Meehan ta ID# 906807

Date of Report ___ 12/26/11 ___ Page _1_ of _1_

| ECT MOS Reporting (Rank, Name) | | | | Command | | Tax No. | |
|---|---|---|---|---|---|---|---|
| PO Smith | | | | ECT-PBMS | | ▮ | |

| ECT Run No. | Date Response Requested | Time Response Requested | Date Arrived At Scene | Time Arrived At Scene |
|---|---|---|---|---|
| 2011-2383 | 12/26/11 | 2030 | 12/26/11 | 2100 |

| Address of Occurrence | Type of Premises |
|---|---|
| 616 9th Ave Apt ▮ | Residential |

| Describe Location | Weather Conditions | Scene Lighting |
|---|---|---|
| Apartment | Clear | Indoor |

| Offense(s) | Complaint No. (Year-Pct-No.) |
|---|---|
| Burglary | 2011-014-14341 |

| Name of Victim | Date of Birth | Injured? | If Yes, Hospital Removed To |
|---|---|---|---|
| ▮ | ▮ | ☐ Yes ☒ No | N/A |

| Evidence Collected? | Prints Lifted? | Was Evidence Recovered as a Result of Search Warrant? | Was Evidence Vouchered? | Total No. Of Vouchers |
|---|---|---|---|---|
| ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | ☐ Yes ☒ No | 0 |

| Voucher No(s). | | | | |
|---|---|---|---|---|
| 1. N/A | 2. N/A | 3. N/A | 4. N/A | 5. N/A |

| Processed Vehicle Make/Model | Year | Lic. Plate No. | State | VIN No. |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

| | Name | Date of Birth | Arrest No. | Pct. | NYSID No. |
|---|---|---|---|---|---|
| 1. ☐ Arrested ☐ Suspect | Unk | Unk | Unk | Unk | Unk |
| 2. ☐ Arrested ☐ Suspect | Unk | Unk | Unk | Unk | Unk |

Details: Include Method of Operation (Means of Entry, Tools Used, Property Handled, Descriptions, etc.) and Other Pertinent Information

Video available. C/V states inside of 616 9th Ave an unknown person did enter and stole two laptops, US cash $600, a kindle and a desk top. Dusted front door handle, chair, room door handle, bottle opener, desk, dresser drawers and window with no lifts recovered. Det Scollard on scene. PO Hemme # ▮ on scene reporting.

| PHOTO LOG (DNA Evidence ONLY) | | | |
|---|---|---|---|
| Camera Make | Camera Model | Lens Type | Type of Film |
| N/A | N/A | N/A | N/A |
| N/A | N/A | | |

| ECT MOS Reporting Signature | Tax No. | Date |
|---|---|---|
| | ▮ | 12/26/11 |

| Det. Bur. Supervisor (Rank, Name Printed) | Det. Supv. Signature | Tax No. | Date |
|---|---|---|---|
| | | ▮ | 1/26/11 |

| ECT Supervisor (Rank, Name Printed) | ECT Supv. Signature | Tax No. | Date |
|---|---|---|---|

DISTRIBUTION: White – OCME-Forensic Biology Unit   Blue – Assigned investigator   Green – Police Laboratory
Buff – ECT   Pink – Latent Print Section

**DEF 688**

  

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

Invoice No. **1000119637**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| 14TH PCT (MTS) | | | | | **OPEN** |

| Invoice Date | Property Type | | | | Property Category |
|---|---|---|---|---|---|
| 01/12/2012 | GENERAL PROPERTY | | | | DNA INVESTIGATORY |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing | DT3 | MEEHAN, JAMES | ~~xxx~~ | MTS DET SQUAD | OCME. EU No. 12 - M 01400 ~~9-27-12~~ |
| Arresting | N/A | | | | OCME. FB No. 12-00490 ℠ 1/27/12 |
| Investigating | DT3 | MEEHAN, JAMES | ~~xxx~~ | MTS DET SQUAD | Police Lab Evid. Ctrl. No. |
| Det Squad Supervisor | SDS | PANZARELLA, PHILLIP | ~~xxx~~ | MTS DET SQUAD | Det Sqd. Case No. 3934 |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No. N/A |

| Item | Total QTY | Article(s) | | | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|---|---|
| 1 | 1 | KNIFE | | | 5028405 | 1 | |
| | | COLOR: CHROME/STAINLESS STEEL | | | | | |
| | | BLACK HANDLE | | | | | |

**REMARKS:**

| Date Of Incident | Penal Code/Description | | Crime Classification | Related To | | Receipt |
|---|---|---|---|---|---|---|
| 12/26/2011 | 140.25/BURGLARY | | FELONY | N/A | | REFUSED |

| Prisoner(s) Name | | D.O.B. | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|---|

| | Name | Tax No. | Address | Phone No. |
|---|---|---|---|---|
| Finder(s) | | | ~~xxx~~ | ~~xxx~~ |
| Owner(s) | UNKNOWN | | ~~xxx~~ | |
| Complainant(s) | | | ~~xxx~~ | ~~xxx~~ |

| Complaint No. | 2011-014-14341 | | | | | |
|---|---|---|---|---|---|---|
| Related Comp No.(s) | N/A | | | | | |
| Aided/Accident No.(s) | N/A | | | | | |
| Related Invoice(s) | N/A | | | | | |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | DT3 | MEEHAN, JAMES | ~~xxx~~ | MTS DET SQUAD | 01/12/2012 | 09:52 |
| Invoicing Officer | DT3 | MEEHAN, JAMES | ~~xxx~~ | MTS DET SQUAD | 01/12/2012 | 10:30 |
| | | *Det. James Meehan* | | | | |
| Approved By | SDS | PANZARELLA, PHILLIP | ~~xxx~~ | MTS DET SQUAD | 01/12/2012 | 10:30 |

**2012-005223**
CMD/AGCY:014

*Rec'd by
G. Guculas
1 box 1-27-12*

PCD Storage No. --

**Property Clerk Copy**
printed: 01/12/2012 10:33

Page No. 1 of 1

Invoice No. **1000119637**

*FB12-00490*

**DEF 818**



NEW YORK CITY POLICE DEPARTMENT
POLICE LABORATORY
CRIMINALISTICS SECTION

LABORATORY # 2012-005223
LABORATORY REPORT # 1
COMPLAINT # 2011-014-14341
VOUCHER # 1000119637

VOUCHERED BY: DT3 JAMES MEEHAN Tax#:906807 Command: 241

DEFENDANT(S):

DATE SUBMITTED: 01/13/2012
DATE ASSIGNED: 01/25/2012
DATE PREPARED: 01/30/2012

TYPE OF ANALYSIS: LATENT PRINT DEVELOPMENT

DESCRIPTION OF EVIDENCE

EVIDENCE PRESENT AS ITEMIZED ON VOUCHER:  [X] YES    [ ] NO  (SEE REMARKS)

| Voucher Item# | Lab Item # | Qty | Description |
|---|---|---|---|
| 1 | 1 | 1 | Black handled knife |

RESULTS OF EXAMINATION/ANALYSIS
No latent prints for identification or comparison purposes were developed on the following lab item(s): 1.

Possible DNA evidence was collected from the following lab item(s) and will be forwarded to the Office of the Chief Medical Examiner. These items were vouchered under Laboratory Supplemental Invoice number(s) Z004888.
Item # 1.1          One swab from edges of knife handle

REMARKS
The evidence will be forwarded to the Evidence Control Desk.

**THE RESULTS ARE THE OPINIONS / INTERPRETATIONS / CONCLUSIONS OF THE UNDERSIGNED.**
I HEREBY CERTIFY THAT I TESTED/EXAMINED/ANALYZED THE ABOVE DESCRIBED ITEM(S) AND THAT THIS REPORT IS AN ORIGINAL REPORT MADE BY ME. FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS "A" MISDEMEANOR PURSUANT TO SECTION 210 45 OF THE NEW YORK STATE PENAL LAW

| CRIM IB | Shanley K. Young | | 355517 | 01/30/2012 | 01/30/2012 |
|---|---|---|---|---|---|
| RANK/TITLE | NAME | SIGNATURE | TAX # | DATE PREPARED | DATE READ |

POLICE LABORATORY FORM 01 (REVISION # 10-00, DATE EFFECTIVE 10/11/10, PAGE 1 OF 1, ISSUING AUTHORITY: DIRECTOR / DEPUTY DIRECTOR)

**DEF 917**

PDU; SGT.LACALAMITA, MTS PCT.; AND ECT ALL NOTIFIED AND RESPONDED. CANVASS CONDUCTED WITH NEGATIVE RESULTS.

| SEALED | SEALED |
|---|---|

## No NYC TRANSIT Data for Complaint # 2011-014-14341 ←

| SEALED | SEALED |
|---|---|

| Total Victims: | Total Witnesses: | Total Reporters: | Total Wanted: |
|---|---|---|---|
| 1 | 0 | 1 | 0 |

| *VICTIM: # 1 of 1* | Name: DZIARMAGA,THOMAS ← | Complaint#: 2011-014-14341 ← |
|---|---|---|

| | |
|---|---|
| Nick/AKA/Maiden: | Gang/Crew Affiliation: NO |
| UMOS: NO | Name: |
| Sex/Type: MALE | Identifiers: |
| Race: WHITE | |
| Age: 28 | |
| Date Of Birth: ▓▓▓▓ | |
| Disabled? NO | Will View Photo: NO |
| Is this person not Proficient In English?: NO | Will Prosecute: YES |
| If Yes, Indicate Language: | Notified Of Crime Victim Comp. Law: NO |
| N.Y.C.H.A Resident? NO | |
| Is Victim fearful for their safety / life? | |
| Escalating violence / abuse by suspect? | |
| Were prior DIR's prepared for C/V? | |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | 616 9 AVENUE | MANHATTAN NEW YORK | | | 2F |

Phone #: CELL: 412-478-7616 E-MAIL: TDZIARMA@GMAIL.COM

| Action against Victim: | Actions Of Victim Prior To Incident: OUT OF APARTMENT |
|---|---|
| Victim Of Similar Incident: | If Yes, When And Where |

| SEALED | SEALED |
|---|---|

| *REPORTER: # 1 of 1* | Name: DZIARMAGA,THOMAS | Complaint #: 2011-014-14341 ← |
|---|---|---|

| | |
|---|---|
| Nick/AKA/Maiden: | Gang/Crew Affiliation: NO |
| Sex/Type: MALE | Name: |
| Race: WHITE | Identifiers: |
| Age: | |
| Date Of Birth: ▓▓▓▓ | |
| Is this person not Proficient In English?: NO | |
| If Yes, Indicate Language: | Relationship To Victim: |

| Location | Address | City | State/Country | Zip | Apt/Room |
|---|---|---|---|---|---|
| HOME-PERMANENT | ▓▓▓▓▓▓▓▓▓▓ | | | | |

Phone #: ▓▓▓▓▓▓▓▓▓▓

| SEALED | SEALED |
|---|---|

| ARRESTS: | Complaint # 2011-014-14341 ← |
|---|---|

| Arrest ID | Status | Defendant Name | Sex | Race | AGE | Arrest Date |
|---|---|---|---|---|---|---|
| M12608324 | SEALED | JONES, ROBERT | MALE | BLACK | 48 | 01/27/2012 ← |

| SEALED | SEALED |
|---|---|

**DEF 861**

FB12-00490

**EVIDENCE RECEIVED:**

| ITEM | VOUCHER | DATE RECEIVED | DESCRIPTION |
|------|---------|---------------|-------------|
| 1* | 1000119637 | 1/27/12 | black-handled knife from "on desk in apartment" |
| 2* | Z004888 | 1/27/12 | swab of "edges of knife handle" |

**DISPOSITION:**

The following items will be retained in the laboratory:

    DNA extracts from samples and controls tested

*Samples collected from this item or the submitted swab was consumed.

The remainder of the evidence will be returned to the OCME Evidence Unit.

Analyst: _Shannon Soltysiak_
     Shannon Soltysiak
     Criminalist III

Administrative Review Date: _04/13/12_

Administrative Reviewer: _MFK_

_Det Tornes Meehan #6488_
_use Sample collected from cap_
_on Knife_

2 of 4

**DEF 919**

EXHIBIT "G"

| Injuries | | | |
|---|---|---|---|
| No. | Person Injured | Extent of Injury | Treatment (Hospital / # of days) |

| Vouchers | | | | |
|---|---|---|---|---|
| No. | Voucher No./ Voucher Type | Item | Associated With | From Where | Recovered By |

## 911 Tape

| No. | Defendant | 911 Tape Description |
|---|---|---|

## Supplementary Facts

Covers arrest #s:
M12608247, M12608253, M12608269, M12608196, M12608181, MM12608259, M1260826, and M12608257

STATEMENTS:
-none.
-I'M NOT GOING TO SAY ANYTHING BECAUSE I'M GOING TO INCRIMINATE MYSELF. I WANT A LAWYER.

irt Do you want to go to the hospital 11:00am 1/27 I SUFFER FROM MENTAL ILLNESS. THAT'S THE REASON FOR ALL OF THIS.

IDs:
-3 people saw line-up
-1 negative id,
-2 hits ~~████████████~~

1) Dec. 26, video, knife recovered, nano recovered from D's house
2) Jan. 11,

JONES, ROBERT

MALE/ BLACK/ 48

M12608324

NYSID : 04757895CQ
Fax Num : MO005320
Court Part : APAR3
Docket Num : 2012NY007949

Arrest Precinct : 14

Arrest Officer : MEEHAN, JAMES
AO Command : 251
AO Taxid : 905807
AO Rank : DT3
AO Dept :

Status : REARREST
Current Lodging : MF1 FEEDER PEN
Top Charge : PL 140.25 02
Notes On File ? YES



Custody Time : 16 hrs 5 mins
Arraignment Time : 16 hrs 5 mins

| ARREST | RECORD CREATE | NYSID | DNA BANNER |
| 01/27/2012 0850 | 01/27/2012 0850 | 01/27/2012 1131 | 01/27/2012 1131 |
| PAPERWORK READY | AO RELEASE | COMPLAINT SWORN | POLICE READY |
| 01/27/2012 1454 | 01/27/2012 1454 | 01/27/2012 1454 | 01/27/2012 1454 |
| COMPLAINT RECEIVED | BREAKDOWN | PACKAGE TO COURT | DOCKETED |
| 01/27/2012 1639 | 01/27/2012 1904 | Missing | 01/27/2012 1948 |
| IRIS CAPTURED | ARRAIGNMENT CLOSED | DA WALK-THROUGH * | REARREST |
| 01/27/2012 1606 | 01/26/2012 0055 | 01/26/2012 0055 | 01/26/2012 2300 |

**Arraignment Status**

| Activity Name | StartDate/Time - EndDate/Time |
| --- | --- |
| ARREST | 01/27/2012 0850 - |
| RECORD CREATE | 01/27/2012 0850 - |
| NYSID | 01/27/2012 1131 - |
| DNA BANNER | 01/27/2012 1131 - 01/27/2012 1131 |
| PAPERWORK READY | 01/27/2012 1454 - |
| AO RELEASE | 01/27/2012 1454 - |
| COMPLAINT SWORN | 01/27/2012 1454 - |
| POLICE READY | 01/27/2012 1454 - |
| COMPLAINT | 01/27/2012 1639 - |
| RECEIVED | |
| BREAKDOWN | 01/27/2012 1904 - |
| PACKAGE TO COURT | - |
| DOCKETED | 01/27/2012 1948 - |
| IRIS CAPTURED | 01/27/2012 1606 - |
| ARRAIGNMENT | 01/28/2012 0055 - |
| CLOSED | |
| DA WALK-THROUGH *01/28/2012 0055 - |
| REARREST | 01/26/2012 2300 - |

**Lodging Status/History**

| Lodging Name | StartDate/Time - EndDate/Time |
| --- | --- |
| 014 PRECINCT | 01/27/2012 0850 - 01/27/2012 1526 |
| MALE HOLDING (MMH) | 01/27/2012 1526 - 01/27/2012 2210 |
| SPECIAL HOLDING (MPD) | 01/27/2012 2210 - 01/27/2012 2210 |
| SPECIAL HOLDING (MPD) | 01/27/2012 2210 - 01/27/2012 2310 |
| MF1 FEEDER PEN | 01/27/2012 2315 - 01/27/2012 2315 |
| MF1 FEEDER PEN | 01/27/2012 2315 - ——— |

**Charges**

| Law Code | Category | Charge Class | Degree |
| --- | --- | --- | --- |
| PL 140.25.02 | F | C | 2 |
| PL 165.40 | M | A | 5 |

**Grouped Arrests**

Grouped by NYSID

↑ JONES, ROBERT | M12608324

↑ JONES, ROBERT | M12608324

Page 1

**DEF 863**

EXHIBIT "H"

"F"



**REQUEST FOR LABORATORY
EXAMINATION REPORT
PD 521-165(Rev.01-09)**



RFL# 99000019253

| Type Of Evidence | DNA | | | | |
|---|---|---|---|---|---|
| Priority Designation | Property Clerk Invoice No. | | Date Of Invoice | Date Of This Report | Detective Case No |
| ROUTINE | 1000126451 | | 01/27/2012 | 01/27/2012 | 126 |

| Officers | Rank | Name | Tax No. | Command | Phone No | Team/RDO | Email ID |
|---|---|---|---|---|---|---|---|
| Investigating | DT3 | CRIOLLO,JOSE | 926138 | MTN DET SQUAD | | | |
| Responding Officer | N/A | | | | | | |
| Arresting | DT3 | CRIOLLO,JOSE | 926138 | MTN DET SQUAD | | | |
| Detective Supervisor | SDS | DUKE,JAMES | 902752 | MTN DET SQUAD | | | |
| Evidence Collector | DT3 | CRIOLLO,JOSE | 926138 | MTN DET SQUAD | | | |
| Medical Examiner No | N/A | | | | | | |
| Offense(s) | BURGLARY | | | | | | |

| Complainant/Victim | D.O.B. | Date/Time Of Occurrence | Complaint No. | Address Of Occurrence | Type Of Premises |
|---|---|---|---|---|---|
| K | | 01/11/2012 17:45 | 2012-018-324 | 403,WEST 44 STREET,MANHATTAN,NY,US | RESIDENCE - APT. HOUSE |

Invoice Item Number

1

→ Description of Evidence  GENERAL PROPERTY |CONTAINERS |CUP |WHITE FOAM CUP

| Analysis Exam No. | | Specific Reason For Requesting The Examination Analysis Or Comparison Be Performed | Probative Value |
|---|---|---|---|
| 7-DNA - ANALYSIS TO IDENTIFY THE SOURCE OF | ASSIGN INVESTIGATOR DET CRIOLLO IS REQUESTING A DNA | | PROBATIVE |

| FOR LABORATORY USE ONLY | OCME-EU No. | Police Laboratory No. |
|---|---|---|
| | | |

Page No.:1 of 2

Printed  01/27/2012 20:21

RFL# 99000019253

*cup DNA compared to Hat DNA*

**DEF 1094**

 **REQUEST FOR LABORATORY
EXAMINATION REPORT
PD 521-165(Rev.01-09)**



| THE BIOLOGICAL MATERIAL ON AN EVIDENCE | COMPARISON OF THE WHITE FOAM CUP INVOICE 1000126461 TO |
| ITEM OR DNA TYPING OF A REFERENCE SAMPLE → | THE DNA RECOVERED AT THE SCENE OF RESIDENTIAL |
| | BURGLARY INVOICE # 1000119413. |

| Exact Location Where Evidence Was Collected/Recovered | Suspected Type Of Biological Evidence | Biological Bag No. |
|---|---|---|
| **EVIDENCE WAS RECOVERED BY DET CRIOLLO AT THE MTN SQUAD OFFICE** | | **1600028973** |

Field Processed?

Compare this item no. **1** to Inv No.- Item

Was DNA Evidence collected from a residential home/apartment owned/leased by any of the suspects/arrestees?  **NO**

Suspect/Arrestee : **N/A**

Was DNA Evidence collected from a motor vehicle owned/leased by the suspects/arrestees? **NO**

Suspect/Arrestee : **N/A**  Year:  Make  Model  Color.

---

**Details**

*TAX ID #* 925138 01/27/2012 19:36 :     **ASSIGN INVESTIGATOR IS REQUESTING A COMPARISON OF THE DNA LEFT BY SUBJECT**

*Det Criollo*              7:36 PM

---

Collection of Evidence Unit
Printed: 01/27/2012 20:21



**DEF 1099**

 

**NYPD PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141 (Rev. 11/09)

Invoice No. **1000126451**

| Invoicing Command | | | | | Invoice Status |
|---|---|---|---|---|---|
| **18TH PCT(MTN)** | | | | | **OPEN** |

| Invoice Date | Property Type | | | | Property Category |
|---|---|---|---|---|---|
| **01/27/2012** | **GENERAL PROPERTY** | | | | **DNA INVESTIGATORY** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing | DT3 | CRIOLLO, JOSE | 925138 | MTN DET SQUAD | OCME EA No. |
| Arresting | DT3 | CRIOLLO, JOSE | 925138 | MTN DET SQUAD | OCME FB No. |
| Investigating | DT3 | CRIOLLO, JOSE | 925138 | MTN DET SQUAD | Police Lab Evid. Ctrl. No. |
| Det Squad Supervisor | SDS | DUKE, JAMES | 902752 | MTN DET SQUAD | Det Sqd. Case No.    126 |
| CSU/ECT Processing | N/A | | | | CSU/ECT Run No.    N/A |

| Item | Total QTY | Article(s) | | | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|---|---|
| 1 | 1 | CUP | | | 1600028973 | 1 | |
| | | WHITE FOAM CUP | | | | | |

**REMARKS:**
925138 01/27/2012 19:24 : ATTEMPTING TO IDENTIFIED A BURGLARY SUSPECT. CUP WAS USED BY SUBJECT ROBERT JONES NYSID # 04757650Q TO DRINK WATER.

925138 01/27/2012 19:56 : ATTEMPTING TO IDENTIFIED A BURGLARY SUSPECT. WHITE FOAM CUP WAS USED BY SUBJECT ROBERT JONES NYSID # 04757650Q TO DRINK WATER.

| Date Of Incident | Penal Code/Description | | Crime Classification | Related To | Receipt |
|---|---|---|---|---|---|
| 01/11/2012 | 14025/BURGLARY | | FELONY | N/A | REFUSED |

| Prisoner(s) Name | | D.O.B | Age | Address | Arrest No./Summons No.   NYSID No. |
|---|---|---|---|---|---|
| 1 | JONES, ROBERT | 01/11/1964 | 48 | 571 GLENMORE AVENUE, A2, BROOKLYN, NY- | M12608196    04757650Q |
| | | | | 11207 | |

| | Name | Tax No. | Address | Phone. No |
|---|---|---|---|---|
| Finder(s) | CRIOLLO, JOSE | 925138 | 1 POLICE PLAZA NEW YORK, NY 10038. | 212-767-8415 |
| Owner(s) | JONES, ROBERT | | 571 GLENMORE AVENUE, A2, BROOKLYN, NY- | |
| | | | 11207 | |
| Complainant(s) | S████ K█████ | | ████████████████████ | |

| Complaint No | 2012-018-324 |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |



Invoice No. **1000126451**



ADA Copy
printed: 01/27/2012 20:20

PCD Storage No. --

**DEF 1100**

EXHIBIT "I"

## APPENDIX

<u>Background to DNA Testing</u>

**DNA** (Deoxyribo-Nucleic Acid), the inherited genetic material found in cells, contains markers which can differ from person to person. **DNA testing** can determine these genetic markers and compare biological samples from different individuals.

Alternative forms of DNA markers are called **alleles**. Alleles are found at specific areas, or locations, of the DNA called **loci** (singular, **locus**).

**STR** (short tandem repeat) loci contain alleles with a variable number of short repeating segments. Each STR allele can be described using a number which represents its number of repeats. A **DNA profile** is the series of numbers describing the DNA alleles found at an individual's STR DNA loci.

<u>DNA Testing</u>

**DNA testing** involves several steps, including DNA extraction, DNA quantitation, PCR/DNA amplification, and analysis of the resulting DNA alleles.

**DNA extraction** recovers DNA from biological samples such as blood, bone, hair, saliva, semen, and skin cells.

**Differential extraction** is designed to physically separate the DNA in epithelial cells from the DNA in sperm cells, in samples which potentially contain a mixture of sperm and other cell types. As a result, separate "epithelial cell," "sperm cell," and "swab (or substrate) remains" DNA fractions are generated. Incomplete separation can occur and fractions may contain both sperm DNA and epithelial cell DNA.

**DNA quantitation** measures the amount of DNA extracted from samples by using a technique called quantitative real time polymerase chain reaction (qRT-PCR). If sufficient DNA is detected, DNA amplification and analysis can be attempted.

The **PCR** (polymerase chain reaction) technique produces large amounts of DNA from small starting amounts of DNA by repeated cycles of copying the DNA loci (**DNA amplification**); after amplification the alleles present in the sample are identified.

PCR DNA testing for STRs uses the **Applied Biosystems AmpFlSTR Identifiler PCR Amplification Kit** with 28 amplification cycles (**Identifiler 28**) or 31 amplification cycles (**Identifiler 31**). Each STR locus tested in the Identifiler Kit contains between 8 and 32 identifiable alleles. The Identifiler Kit also tests the Amelogenin locus, which is used to determine the sex origin of a sample.

Y- chromosome STRs (**Y-STR**) are male-specific STRs, not present in females, that are inherited from father to son, and should be identical for all male relatives of the paternal line. For example, brothers who share the same father will have the same Y-STR type. PCR DNA testing for Y-STRs uses the **Promega Power Y kit** with 30 cycles.

**DEF 112**

FB12-S0144                                                    Robert Jones

**EVIDENCE RECEIVED:**

| ITEM | VOUCHER | DATE RECEIVED | DESCRIPTION |
|------|---------|---------------|-------------|
| 1 | 1000126451 | 1/30/12 | cup submitted for Robert Jones |

**DISPOSITION:**

The following items will be retained in the laboratory:

    DNA extracts from samples and controls tested

The remainder of the evidence will be returned to the OCME Evidence Unit.

Analyst: _Shannon Soltysiak_
      Shannon Soltysiak
      Criminalist III

Administrative Review Date: _05/01/12_

Administrative Reviewer: _MFK_

**DEF 111**

The DNA donor to the cup submitted for Robert Jones does not match any other PCR (STR) DNA profiles in the local OCME database to date.

Further analysis could be done upon submission of an oral swab from the suspect.  Further analysis will require approximately 60 days.

The profile of the DNA donor to the cup submitted for Robert Jones is suitable for entry into the OCME local DNA databank.

Note:  This report has an associated Forensic Biology case file.

**DEF 110**



**OFFICE OF CHIEF MEDICAL EXAMINER**
520 First Avenue, New York, New York 10016

**DEPARTMENT OF FORENSIC BIOLOGY**
421 East 26th Street, New York, New York 10016
Mechthild Prinz, PhD, Director
Telephone: 212.323.1200  Fax: 212.323.1590
Email: dnalab@ocme.nyc.gov
Official Website: http://www.nyc.gov/ocme



**DATE:** March 27, 2012

## LABORATORY REPORT

| | | |
|---|---|---|
| **SUSPECT:** Robert Jones | **NYSID NO:** 04757650Q | **LAB NO:** FB12-S0144 |
| **COMPLAINT NO:** 2012-018-00324 | **ARREST NO:** M12608196 | **START DATE:** 2/9/12 |

**RESULTS AND CONCLUSIONS:**

PCR DNA typing using the AmpFℓSTR® Identifiler® PCR Amplification Kit was done on the cup submitted for Robert Jones. A DNA profile was determined.

This profile was compared to the results in the following case:

| FB number | Complaint Number | Complainant | Report date |
|---|---|---|---|
| FB12-00246 | 2012-018-00324 | | March 6, 2012 |

The results are the same as those of **Male Donor A**. Therefore, based on the random match probability for unrelated individuals, the DNA donor to the cup submitted for Robert Jones **is the source of the** DNA found on the sample listed below.

    hat scrapings, most likely major donor

This profile was also compared to the results in the following case:

| FB number | Complaint Number | Complainant | Report date |
|---|---|---|---|
| FB12-00490 | 2011-014-14341 | | March 26, 2012 |

The donor to the cup submitted for Robert Jones **is excluded** as a contributor to the sample listed below.

    knife handle swabs

This profile could not be compared to the results for the following sample due to an insufficient amount of DNA recovered.

    swab of "edges of knife handle"

**DEF 109**

Conclusions for DNA Typing

**Is the source of:** The DNA profile of an individual matches an evidentiary DNA profile and the population frequency of the evidentiary DNA profile meets the threshold of 1 in greater than 6.80 trillion, assuming the source is not an identical twin.

**Could be the source of:** The DNA profile of an individual is consistent with an evidentiary DNA profile, and the population frequency of the evidentiary DNA profile does not meet the threshold of 1 in greater than 6.80 trillion unrelated people.

**Is a major or minor contributor to the mixture:** The DNA profile of an individual matches a major or minor evidentiary DNA profile determined from a mixture, and the DNA population frequency of the determined major or the minor DNA profile meets the threshold of 1 in greater than 6.80 trillion individuals, assuming that source is not an identical twin.

**Could be a major or minor contributor to the mixture:** The DNA profile of an individual is consistent with a major or minor evidentiary DNA profile determined from a mixture, and the DNA population frequency of the determined major or the minor DNA profile does not meet the threshold of 1 in greater than 6.80 trillion unrelated people.

**Could be a contributor to the mixture:** For mixtures where individual profiles were not determined, all of the DNA alleles seen in an individual's DNA profile were also seen in the mixture for the locations where comparisons could be made.

**Cannot be excluded as a contributor to the mixture:** For the locations where comparisons could be made, most of the DNA alleles seen in an individual's DNA profile were also seen in the mixture. The allele(s) that were absent could be explained by any of several factors. Therefore, this person cannot be ruled out as a possible contributor to the mixture.

**Excluded as a contributor to the mixture:** For the locations where comparisons could be made, one or more of the DNA alleles seen in an individual's DNA profile were not seen in the mixture and this absence cannot be explained. Therefore, this person can be ruled out as a contributor.

**No conclusions can be drawn:** For the locations where comparisons could be made, the results do not support a positive association or an exclusion. Therefore, it cannot be determined whether a person contributed to this mixture.

**Not suitable for comparison:** The DNA results on the evidence are either too incomplete or too complex to be the basis for conclusions regarding the source of the DNA.

**Partial Match:** An association between two single-source (clean or fully deconvoluted) profiles, showing similarities but short of an exact match, that suggests that the source of a profile is potentially a relative of the source of the other, partially matching, profile. Partial matches are inadvertent, and may be found at the local, state, or national levels (through comparison at the bench, LINKAGE, or CODIS searches).

DEF 118

EXHIBIT "T"

 

**REQUEST FOR LABORATORY EXAMINATION REPORT**
PD 521-165(Rev.01-09)

RFL# 99000016655

| Type Of Evidence | DNA | | | | |
|---|---|---|---|---|---|
| Priority Designation | Property Clerk Invoice No. | | Date Of Invoice | Date Of This Report | Detective Case No. |
| ROUTINE | 1000115559 | | 01/03/2012 | 01/03/2012 | 3934 |

| Officers | Rank | Name | Tax No. | Command | Phone No | Team/RDO | Email ID |
|---|---|---|---|---|---|---|---|
| Investigating | DT3 | MEEHAN,JAMES | | MTS DET SQUAD | 2122399362 | SAT/SUN | JAMESV.MEEHAN@NYPD.ORG |
| Responding Officer | DT3 | MEEHAN,JAMES | | MTS DET SQUAD | 2122399362 | | JAMESV.MEEHAN@NYPD.ORG |
| Arresting | | N/A | | | | | |
| Detective Supervisor | LCD | WEST,JAMES | | MTS DET SQUAD | | | JAMES.WEST@NYPD.ORG |
| Evidence Collector | DT3 | MEEHAN,JAMES | | MTS DET SQUAD | | | JAMESV.MEEHAN@NYPD.ORG |

Medical Examiner No    N/A

Offense(s)    burglary

| Complainant/Victim | D.O.B | Date/Time Of Occurrence | Complaint No. | Address Of Occurrence | Type Of Premises |
|---|---|---|---|---|---|
| | | 12/28/2011 15:00 | 2011-014-14341 | 616,9 AVENUE MANHATTAN,NY,US | RESIDENCE - APT. HOUSE |

| CSU/ECT Run No. | No. Of Persons Arrested | No. Of Suspects |
|---|---|---|
| | 0 | 1 |

| | Name | | D.O.B | Arrest No. | Precinct | NYSID No. |
|---|---|---|---|---|---|---|
| Suspect | N/A | | N/A | N/A | --S | |

**Physical Contact**

Was There Physical Contact Between VICTIM And SUSPECT?    NO    Was There Physical Contact Between VICTIM And ARRESTEE ?    NO

| Was The Victim Bleeding : | NO | How Many : | 0 | Was The Suspect Bleeding : | NO | How Many | 0 |
|---|---|---|---|---|---|---|---|
| Was The Arrestee Bleeding : | NO | How Many : | 0 | Others Bleeding : | NO | How Many | 0 |

| Name | | D.O.B | | Bleeding |
|---|---|---|---|---|
| N/A | | | Suspect | NO |

**DNA ELIMINATION SAMPLES**

| No. Of persons having Legitimate Access To Evidence, Including Victims | 1 | No. Of Persons Provided Elimination Samples, Including Victims | 0 | No. Of persons Refused To Provide DNA Samples, Including Victims | 0 |
|---|---|---|---|---|---|

Explanation If DNA Elimination Victim Samples Were Not Collected    VICTIM INFORMNED THE UNDERSIGNED HE NEVER HANDLED OR HAD CONTACT WITH KNIFE LEFT AT APARTMENT AFTER BURGLARY.

Property Clerk
Invoice Item Number
1

Description of Evidence    EVIDENCE COLLECTION KITS / SWABS |OTHER KITS / SWABS |SUSPECT EVIDENCE COLLECTION KIT | KNIFE WITH BLACK HANDLE

| Analysis Exam No. | | Specific Reason For Requesting The Examination Analysis Or Comparison Be Performed | Probative Value |
|---|---|---|---|
| 7-DNA - ANALYSIS TO IDENTIFY THE SOURCE OF | | REQUEST KNIFE BE TESTED FOR DNA ANALYSIS AND | PROBATIVE |

| FOR LABORATORY USE ONLY | OCME-EU No. | Police Laboratory No. |
|---|---|---|
| | | |

## Assigned Investigator Copy
Printed, 01/03/2012 11:02

RFL# 99000016655

Page No : 1 of 2

**DEF 672**



## FORENSIC BIOLOGY – Case Contacts

| DATE EFFECTIVE | APPROVED BY | PAGE |
|---|---|---|
| 3/12/2010 | Eugene Lien | 1 of 1 |

Last Printed - 3/26/2012 1:07 PM

| Case Number | FB12-00490 ← | | |
|---|---|---|---|
| Victim(s) | ▓▓▓▓▓▓▓▓ | | |
| Suspect(s) | ▓▓▓▓▓▓▓▓▓▓ | | |

| ADA | | | agency | | phone | |
|---|---|---|---|---|---|---|
| | email | | | | fax | |
| DET | Sergeant Simona FID LU | | agency | NYPD | phone | ▓▓▓▓▓▓▓ |
| | email | | | | fax | |
| ME | | | agency | | phone | |
| | email | | | | fax | |

| Date | Time | Initials | Communication | Name | Agency |
|---|---|---|---|---|---|
| 01/27/2012 | 1125 | JG | DEMP checked | Emanuel Katranakis | NYPD |

As per DEMP-Please ensure the below local pattern evidence is prioritized and respond back to me with the OCME supervisors name please. PBMS local pattern # 4

| Date | Time | Initials | Communication | Name | Agency |
|---|---|---|---|---|---|
| 3/20/12 | 1255 | SAS | called by | Sergeant Simona | NYPD |

Spoke with Sergeant Simona about this case. I told him that the swab of the knife handle that was submitted was insufficient, so we swabbed the handle and have positive quant results. I told him I expected to have profile results by next week and that I would likely be submitting a request for an elimination sample since the knife was recovered from a private residence.

| Date | Time | Initials | Communication | Name | Agency |
|---|---|---|---|---|---|
| 3/20/12 | 1640 | SAS | sent e-mail to | FID LU | NYPD |

Good afternoon,

I am making a request for reference samples for the following case in order to compare them to DNA results:

Complaint#
Case type
FB#
Complainant    Comparison sample needed
2011-014-14341  Burglary FB12-00490    c/v ▓▓▓▓▓▓▓    ▓▓▓▓▓▓▓

If there is an arrest in this case, please notify us of the suspect's name, NYSID # and/or arrest #.

1200490x

FB12-00490

**DEF 824**



**REQUEST FOR LABORATORY EXAMINATION REPORT**
PD 521-165(Rev 01-09)



RFL# 99000016655

| | DNA | | | | | |
|---|---|---|---|---|---|---|
| | 1000115558 | 01-03-2012 | 01/03/2012 | 3934 | | |

| | D13 | MEEHAN, JAMES | 935807 | MTS DET SQUAD | 2122399362 | SAT/SUN | JAMESV.MEEHAN@NYPD.ORG |
| | D13 | MEEHAN, JAMES | 906807 | MTS DET SQUAD | 2122399362 | | JAMESV.MEEHAN@NYPD.ORG |
| | | N/A | | | | | |
| | LCD | WEST, JAMES | 941201 | MTS DET SQUAD | | | JAMES.WEST@NYPD.ORG |
| | D13 | MEEHAN, JAMES | 906807 | MTS DET SQUAD | | | JAMESV.MEEHAN@NYPD.ORG |

N/A

burglary

| | | | | Address Of Occurrence | Type Of Premises |
|---|---|---|---|---|---|
| ███████ | 12 26 2011 15 00 | 2011-014-14341 | | ██████████ | RESIDENCE - APT. HOUSE |

| | | 0 | | 1 | |

| N/A | | N/A | N/A | ~S | N/A |

**Physical Contact**

| | NO | | NO |
|---|---|---|---|
| NO | 0 | NO | 0 |
| NO | 0 | NO | 0 |

| N/A | | | Suspect | NO |

**DNA ELIMINATION SAMPLES**

| 1 | 0 | 0 |

VICTIM INFORMMED THE UNDERSIGNED HE NEVER HANDLED OR HAD CONTACT WITH KNIFE LEFT AT APARTMENT AFTER BURGLARY

1

EVIDENCE COLLECTION KITS / SWABS -OTHER KITS / SWABS |SUSPECT EVIDENCE COLLECTION KIT | KNIFE WITH BLACK HANDLE

7 DNA - ANALYSIS TO IDENTIFY THE SOURCE OF     REQUEST KNIFE BE TESTED FOR DNA ANALYSIS AND          PROBATIVE

| FOR LABORATORY USE ONLY | OCME-EU No | Police Laboratory No |
|---|---|---|
| | | ████████████ |

Assigned Investigator Copy

RFL# 99000016655

**DEF 897**