|  | **New York City Police Department** <br> Omniform System - Arrests |  |

| | |
|---|---|
| **RECORD STATUS:** NYSID ENTERD | **Arrest ID:** M12608181 - M |
| **Arrest Location:** INSIDE OF 306 WEST 54 STREET APT: A209C | **Pct:** 018 |

| | |
|---|---|
| **Arrest Date:** 01-26-2012 | **Processing Type:** ON LINE |
| **Time:** 17:50:00 | **DCJS Fax Number:** MO005239 |
| **Sector:** G | **Special Event Code:** - |
| | **DAT Number:** 0 |
| **Stop And Frisk:** NO | **Return Date:** 0000-00-00 |
| **Serial #:** 0000-000-00000 | |

### COMPLAINTS:     Arrest #: M12608181

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2012-018-00323 | 2012-01-11 | Valid, No Arrests | 2012-01-11 | 18:25 |

### CHARGES:     Arrest #: M12608181

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 140.25 01 F | C | | 1 | BURG:ILL ENTRY W/CRI INT |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C.: | Reason Not Forfeit: |
|---|---|---|---|---|---|

### DETAILS:     Arrest #: M12608181

AT T/P/O DEFENDANT ENTERD APARTMENT BY PUCHING THE AIR CONDITIONER IN BY THE REAR FIRE ESCAPE. , HE THEN WENT IN THE APARTMENT. PERP WAS PLACED IN A LINEUP AND WAS IDENTIFIED BY VICITM.

| **DEFENDANT:** JONES, ROBERT | **NYSID #:** 04757650Q | **Arrest #:** M12608181 |
|---|---|---|

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: 5FT 9IN | Order Of Protection: NO |
| Sex: MALE | Weight: 180 | Issuing Court: |
| Race: BLACK | Eye Color: BLACK | Docket #: |
| Age: 48 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: 01/11/1964 | Hair Length: SHORT | Relation to Victim: STRANGER |
| U.S. Citizen: YES | Hair Style: UNKNOWN | Living together: NO |
| Place Of Birth: NEW YORK | Skin Tone: DARK | Can be Identified: YES |
| Need Interpreter: NO | Complexion: BLOTCHY | |
| Language: | | |
| Accent: YES | Soc.Security #: 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 | Gang Affiliation: NO |
| | Occupation: UNKNOWN | Name: |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | Identifiers: |
| Drug Used: NONE | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 571 GLENMORE AVENUE | BROOKLYN | NEW YORK | 11207 | A2 | 075 |

| Phone # and E-Mail Address: |
|---|

| N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: NO   On Duty: |
|---|
| Development:     N.Y.C. Transit Employee: NO |

**Physical Force:** NONE

| Gun: | | |
|---|---|---|
| Weapon Used/Possessed: NONE | Make: | Recovered: |
| Non-Firearm Weapon: | Color: | Serial Number Defaced: |
| Other Weapon Description: | Caliber: | Serial Number: |

**DEF 28**

|  | Type: |
|---|---|
|  | Discharged: **NO** |
| Used Transit System: **NO** |  |
| Station Entered: |  |
| Time Entered: |  |
| Metro Card Type: |  |
| Metro Card Used/Poses: |  |
| Card #: |  |

| CRIME DATA | DETAILS |
|---|---|
| METHOD OF FLIGHT | FIRE ESCAPE |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | HEADGEAR - SKI CAP OR WATCH CAP - BLACK |
| CLOTHING | ACCESSORIES - JEANS - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CLOTHING | OUTERWEAR - OVERCOAT OR TOP COAT - BLACK |
| CHARACTERISTICS | GOATEE |
| BODY MARKS | ARM -TATOO WITH PICTURE ONLY - DESCRIBE:A LADY |
| BODY MARKS | FACE/HEAD -SCAR |
| IMPERSONATION | UNKNOWN |

### JUVENILE DATA:    Arrest #: M12608181

Juvenile Offender:   Relative Notified:   Personal Recog:
Number Of Priors: **0**   Name:
School Attending:   Phone Called:
Mother's Maiden Name:   Time Notified:

### ASSOCIATED ARRESTS:    Arrest #: M12608181

ARREST ID   COMPLAINT #

### DEFENDANTS CALLS:    Arrest #: M12608181

| CALL # | NUMBER DIALED | NAME CALLED |
|---|---|---|
| 1 | - - | REFUSED |

### INVOICES:    Arrest #: M12608181

INVOICE#   COMMAND   PROPERTY TYPE   VALUE

### ARRESTING OFFICER: DT3 JOSE CRIOLLO    Arrest #: M12608181

| Tax Number: | On Duty: **YES** | Force Used: **NO** |
| Other ID (non-NYPD): | In Uniform: **NO** | Type: |
| Shield: **4076** | Squad: **B** | Reason: |
| Department: **NYPD** | Chart: **08** | Officer Injured: **NO** |
| Command: **243** | Primary Assignment: |  |

| Arresting Officer Name: **DT3 CRIOLLO, JOSE** | Tax #: | Command: 243 | Agency: NYPD |
| Supervisor Approving: **SDS DUKE JAMES** | Tax #: | Command: 243 | Agency: NYPD |
| Report Entered by: **DT3 CRIOLLO, JOSE** | Tax #: | Command: 243 | Agency: NYPD |



## END OF ARREST REPORT
## M12608181


[ Print this Report ]

**DEF 29**

 **New York City Police Department**
Omniform System - Arrests 

| | |
|---|---|
| **RECORD STATUS:** NYSID ENTERD | **Arrest ID:** M12608196 - J |
| **Arrest Location:** INSIDE OF 306 WEST 54 STREET APT: A209C | **Pct:** 018 |

| | |
|---|---|
| **Arrest Date:** 01-26-2012 | **Processing Type:** ON LINE |
| **Time:** 01:26:00 | **DCJS Fax Number:** MO005247 |
| **Sector:** G | **Special Event Code:** - |
| | **DAT Number:** 0 |
| **Stop And Frisk:** NO | **Return Date:** 0000-00-00 |
| **Serial #:** 0000-000-00000 | |

**COMPLAINTS:**     **Arrest #:** M12608196

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2012-018-00324 | 2012-01-11 | Valid, No Arrests | 2012-01-11 | 17:45 |

**CHARGES:**     **Arrest #:** M12608196

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 140.25 01 F | C | | 1 | BURG:ILL ENTRY W/CRI INT |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C.: | Reason Not Forfeit: |
|---|---|---|---|---|---|

**DETAILS:**     **Arrest #:** M12608196

AT T/P/O DEFENDANT DID ENTER VICTIMS APARTMENT BY KICKING IN THE AIR CONDITIONER ON THE FIRE ESCAPE WINDOW. PERP WAS PLACED IN A LINEUP AND WAS UNIDENTIFIED BY A WITNESS.

**DEFENDANT:** JONES, ROBERT    **NYSID #:** 04757650Q    **Arrest #:** M12608196

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: 5FT 9IN | Order Of Protection: NO |
| Sex: MALE | Weight: 180 | Issuing Court: |
| Race: BLACK | Eye Color: BROWN | Docket #: |
| Age: 48 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: 01/11/1964 | Hair Length: NORMAL | Relation to Victim: STRANGER |
| U.S. Citizen: YES | Hair Style: CLOSE CUT | Living together: NO |
| Place Of Birth: NEW YORK | Skin Tone: DARK | Can be Identified: NO |
| Need Interpreter: NO | Complexion: BLOTCHY | |
| Language: | | |
| Accent: NO | Soc.Security #: 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 | Gang Affiliation: NO |
| | Occupation: UNKNOWN | Name: |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | Identifiers: |
| Drug Used: NONE | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 571 GLENMORE AVENUE | BROOKLYN | NEW YORK | 11207 | A2 | 075 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: NO   On Duty:
Development:    N.Y.C. Transit Employee: NO

**Physical Force:** NONE

Gun:
Weapon Used/Possessed: NONE    Make:    Recovered:
Non-Firearm Weapon:    Color:    Serial Number Defaced:

**DEF 30**

| Other Weapon Description: | Caliber: | Serial Number: |
|---|---|---|
| | Type: | |
| | Discharged: NO | |

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | OUTERWEAR - SWEAT SHIRT OR JOGGING JACKET - BROWN |
| CLOTHING | ACCESSORIES - SWEAT / JOGGING CLOTHES - BLACK |
| CLOTHING | HEADGEAR - SKULLCAP - TAN |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CHARACTERISTICS | GOATEE |
| BODY MARKS | ARM -TATOO WITH PICTURE ONLY - DESCRIBE:WOMEN |
| BODY MARKS | FACE/HEAD -SCAR |
| IMPERSONATION | CUSTOMER/CLIENT |

### JUVENILE DATA:　　　Arrest #: M12608196

Juvenile Offender:　Relative Notified:　Personal Recog:
Number Of Priors: 0　Name:
School Attending:　Phone Called:
Mother's Maiden Name:　Time Notified:

### ASSOCIATED ARRESTS:　　　Arrest #: M12608196

ARREST ID　COMPLAINT #

### DEFENDANTS CALLS:　　　Arrest #: M12608196

CALL #　NUMBER DIALED　NAME CALLED
1　　--　　REFUSED

### INVOICES:　　　Arrest #: M12608196

INVOICE#　COMMAND　PROPERTY TYPE　VALUE

### ARRESTING OFFICER: DT3 JOSE CRIOLLO　　　Arrest #: M12608196

Tax Number: [redacted]　On Duty: YES　　Force Used: NO
Other ID (non-NYPD): [redacted]　In Uniform: NO　　Type:
Shield: 4076　Squad: B　　Reason:
Department: NYPD　Chart: 08　　Officer Injured: NO
Command: 243　Primary Assignment:

| Arresting Officer Name: DT3 CRIOLLO, JOSE | Tax #: | Command: 243 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SDS DUKE JAMES | Tax #: | Command: 243 | Agency: NYPD |
| Report Entered by: DT3 CRIOLLO, JOSE | Tax #: | Command: 243 | Agency: NYPD |



# END OF ARREST REPORT
## M12608196



[ Print this Report ]

**DEF 31**

  

# New York City Police Department
## Omniform System - Arrests

| | |
|---|---|
| **RECORD STATUS:** NYSID ENTERD | **Arrest ID:** M12608247 - Z |
| **Arrest Location:** INSIDE OF 151 WEST 100 STREET APT: 202 | **Pct:** 024 |

- **Arrest Date:** 01-26-2012
- **Time:** 23:20:00
- **Sector:** F
- **Stop And Frisk:** NO
- **Serial #:** 0000-000-00000
- **Processing Type:** ON LINE
- **DCJS Fax Number:** MO005276
- **Special Event Code:** -
- **DAT Number:** 0
- **Return Date:** 0000-00-00

### COMPLAINTS: — Arrest #: M12608247

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2012-024-00337 | 2012-01-24 | Valid, No Arrests | 2012-01-24 | 23:00 |

### CHARGES: — Arrest #: M12608247

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 140.25 01 F | C | | 1 | BURG:ILL ENTRY W/CRI INT |
| #02 | No | PL 165.45 01 F | E | | 1 | CPSP-4TH:PROPERTY VAL >$1000 |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

### DETAILS: — Arrest #: M12608247

AT TPO DEFENDANT DID UNLAWFULLY ENTER A PREMESIS WITH THE INTENTION OF REMOVING PROPERTY, WHICH HE WAS SUBSEQUENTLY FOUND IN POSSESSION OF WITHOUT PERMISSION OR AUTHORITY OF THE OWNER.

### DEFENDANT: JONES, ROBERT
**NYSID #:** 04757650Q **Arrest #:** M12608247

- Nick/AKA/Maiden:
- Sex: MALE
- Race: BLACK
- Age: 48
- Date Of Birth: 01/11/1964
- U.S. Citizen: YES
- Place Of Birth: NEW YORK
- Need Interpreter: NO
- Language:
- Accent: NO
- Physical Condition: APPARENTLY NORMAL
- Drug Used: NONE

- Height: 5FT 09IN
- Weight: 180
- Eye Color: BROWN
- Hair Color: BLACK
- Hair Length: NORMAL
- Hair Style: CLOSE CUT
- Skin Tone: DARK
- Complexion: BLOTCHY
- Soc.Security #:
- Occupation: OTHER
- Lic/Permit Type:
- Lic/Permit No:

- Order Of Protection: NO
- Issuing Court:
- Docket #:
- Expiration Date:
- Relation to Victim: UNKNOWN/NONE
- Living together: NO
- Can be Identified: NO
- Gang Affiliation: NO
- Name:
- Identifiers:

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 571 GLENMORE AVENUE | BROOKLYN | NEW YORK | 11207 | A2 | 075 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee: NO  On Duty: NO
Development:    N.Y.C. Transit Employee: NO

**Physical Force:** NONE

Gun:
Weapon Used/Possessed: NONE    Make:    Recovered:

**DEF 32**

| | |
|---|---|
| Non-Firearm Weapon: | Color:   Serial Number Defaced: |
| Other Weapon Description: | Caliber:   Serial Number: |
| | Type: |
| | Discharged: NO |

| |
|---|
| Used Transit System: NO |
| Station Entered: |
| Time Entered: |
| Metro Card Type: |
| Metro Card Used/Poses: |
| Card #: |

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CLOTHING | FOOTWEAR - UNK - UNKNOWN COLOR |
| CLOTHING | OUTERWEAR - UNK - UNKNOWN COLOR |
| CLOTHING | ACCESSORIES - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | CRUTCHES |
| BODY MARKS | ARM -TATOO WITH PICTURE ONLY - DESCRIBE:WOMEN |
| BODY MARKS | FACE/HEAD -SCAR |
| IMPERSONATION | UNKNOWN |

## JUVENILE DATA:    Arrest #: M12608247

| | | |
|---|---|---|
| Juvenile Offender: | Relative Notified: | Personal Recog: |
| Number Of Priors: 0 | Name: | |
| School Attending: | Phone Called: | |
| Mother's Maiden Name: | Time Notified: | |

## ASSOCIATED ARRESTS:    Arrest #: M12608247

ARREST ID  COMPLAINT #

## DEFENDANTS CALLS:    Arrest #: M12608247

| CALL # | NUMBER DIALED | NAME CALLED |
|---|---|---|
| 1 | - - | REFUSED |

## INVOICES:    Arrest #: M12608247

INVOICE#  COMMAND  PROPERTY TYPE  VALUE

## ARRESTING OFFICER: DT3 CHRISTOP DIENTE    Arrest #: M12608247

| | | |
|---|---|---|
| Tax Number: ▓▓▓ | On Duty: YES | Force Used: NO |
| Other ID (non-NYPD): ▓▓▓ | In Uniform: NO | Type: |
| Shield: 1076 | Squad: B | Reason: |
| Department: NYPD | Chart: 08 | Officer Injured: NO |
| Command: 249 | Primary Assignment: | |

| Arresting Officer Name: | Tax #: | Command: | Agency: |
|---|---|---|---|
| DT3 DIENTE, CHRISTOP | ▓▓▓ | 249 | NYPD |
| Supervisor Approving: | Tax #: | Command: | Agency: |
| SGT UNGARINO PETER | ▓▓▓ | 249 | NYPD |
| Report Entered by: | Tax #: | Command: | Agency: |
| SDS HOLNESS, PETER | ▓▓▓ | 253 | NYPD |

### END OF ARREST REPORT
### M12608247



[ Print this Report ]

 

# New York City Police Department
## Omniform System - Arrests

| | |
|---|---|
| **RECORD STATUS:** NYSID ENTERD | **Arrest ID:** M12608253 - M |
| **Arrest Location:** INSIDE OF 306 WEST 54 STREET APT: A209C | **Pct:** 018 |

**Arrest Date:** 01-26-2012  **Processing Type:** ON LINE
**Time:** 23:00:00  **DCJS Fax Number:** MO005279
**Sector:** G  **Special Event Code:** -
 **DAT Number:** 0
**Stop And Frisk:** NO  **Return Date:** 0000-00-00
**Serial #:** 0000-000-00000

### COMPLAINTS:  Arrest #: M12608253

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2012-018-00338 | 2012-01-12 | Valid, No Arrests | 2012-01-03 | 08:00 |

### CHARGES:  Arrest #: M12608253

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 140.25 01 F | C | | 1 | BURG:ILL ENTRY W/CRI INT |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C.: | Reason Not Forfeit: |
|---|---|---|---|---|---|

### DETAILS:  Arrest #: M12608253

AT T/P/O DEFENDANT DID UNLAWFULLY ENTER A PREMISE WITH THE INTENTION OF REMOVING PROPERTY WHICH WAS SUBSEQUENTLY FOUND IN HIS POSSESSION, DEFENDANT DID NOT HAVE PERMISSION OR AUTHORITY TO REMOVE PROPERTY FROM THE OWNER.

**DEFENDANT:** JONES, ROBERT  **NYSID #:** 04757650Q  **Arrest #:** M12608253

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: 5FT 9IN | Order Of Protection: NO |
| Sex: MALE | Weight: 180 | Issuing Court: |
| Race: BLACK | Eye Color: BROWN | Docket #: |
| Age: 48 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: 01/11/1964 | Hair Length: NORMAL | Relation to Victim: UNKNOWN/NONE |
| U.S. Citizen: YES | Hair Style: CURLY/WAVY | Living together: NO |
| Place Of Birth: NEW YORK | Skin Tone: DARK | Can be Identified: NO |
| Need Interpreter: NO | Complexion: BLOTCHY | |
| Language: | | |
| Accent: NO | Soc.Security #: 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 | Gang Affiliation: NO |
| | Occupation: UNKNOWN | Name: |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | Identifiers: |
| Drug Used: NONE | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 571 GLENMORE AVENUE | BROOKLYN | NEW YORK | 11207 | A2 | 075 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee: NO  On Duty:
Development:  N.Y.C. Transit Employee: NO

**Physical Force:** NONE

Gun:
Weapon Used/Possessed: NONE  Make:  Recovered:
Non-Firearm Weapon:  Color:  Serial Number Defaced:
Other Weapon Description:  Caliber:  Serial Number:

**DEF 34**

| | |
|---|---|
| | Type: |
| | Discharged: NO |
| Used Transit System: NO | |
| Station Entered: | |
| Time Entered: | |
| Metro Card Type: | |
| Metro Card Used/Poses: | |
| Card #: | |

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | OUTERWEAR - SWEAT SHIRT OR JOGGING JACKET - BROWN |
| CLOTHING | HEADGEAR - SKI CAP OR WATCH CAP - BROWN |
| CLOTHING | ACCESSORIES - SWEAT / JOGGING CLOTHES - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CHARACTERISTICS | GOATEE |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | FACE/HEAD -SCAR |
| IMPERSONATION | UNKNOWN |

### JUVENILE DATA:   Arrest #: M12608253

Juvenile Offender:   Relative Notified:   Personal Recog:
Number Of Priors: 0   Name:
School Attending:   Phone Called:
Mother's Maiden Name:   Time Notified:

### ASSOCIATED ARRESTS:   Arrest #: M12608253

ARREST ID   COMPLAINT #

### DEFENDANTS CALLS:   Arrest #: M12608253

| CALL # | NUMBER DIALED | NAME CALLED |
|---|---|---|
| 1 | -- | REFUSED |

### INVOICES:   Arrest #: M12608253

INVOICE#   COMMAND   PROPERTY TYPE   VALUE

### ARRESTING OFFICER: DT3 JOSE CRIOLLO   Arrest #: M12608253

| | | |
|---|---|---|
| Tax Number: | On Duty: YES | Force Used: NO |
| Other ID (non-NYPD): | In Uniform: NO | Type: |
| Shield: 4076 | Squad: B | Reason: |
| Department: NYPD | Chart: 08 | Officer Injured: YES |
| Command: 243 | Primary Assignment: | |

| Arresting Officer Name: DT3 CRIOLLO, JOSE | Tax #: | Command: 243 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SDS DUKE JAMES | Tax #: | Command: 243 | Agency: NYPD |
| Report Entered by: DT3 CRIOLLO, JOSE | Tax #: | Command: 243 | Agency: NYPD |



# END OF ARREST REPORT
# M12608253

Print this Report

**DEF 35**

 

# New York City Police Department
## Omniform System - Arrests

| | |
|---|---|
| **RECORD STATUS:** NYSID ENTERD | **Arrest ID:** M12608257 - P |
| **Arrest Location:** INSIDE OF 306 WEST 54 STREET APT: A209C | **Pct:** 018 |

**Arrest Date:** 01-26-2012　**Processing Type:** ON LINE
　**Time:** 23:00:00　**DCJS Fax Number:** MO005281
　　**Sector:** G　**Special Event Code:** -
　　　　　　　　　**DAT Number:** 0
**Stop And Frisk:** NO　**Return Date:** 0000-00-00
　**Serial #:** 0000-000-00000

**COMPLAINTS:**　　　　　　　　　　　　　　　　**Arrest #:** M12608257

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2012-018-00535 | 2012-01-20 | Valid, No Arrests | 2012-01-19 | 19:30 |

**CHARGES:**　　　　　　　　　　　　　　　　**Arrest #:** M12608257

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 140.25 01 | F | C | 1 | BURG:ILL ENTRY W/CRI INT |
| #02 | No | PL 165.40 | M | A | 1 | CRIM POSSESSION STOLN PROP-5TH |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C.: | Reason Not Forfeit: |
|---|---|---|---|---|---|

**DETAILS:**　　　　　　　　　　　　　　　　**Arrest #:** M12608257

AT T/P/O DEFENDANT DID UNLAWFULLY ENTER A PREMISE WITH THE INTENTION OF REMOVING PROPERTY WHICH WAS SUBSEQUENTLY FOUND IN HIS POSSESSION, DEFENDANT DID NOT HAVE PERMISSION OR AUTHORITY TO REMOVE PROPERTY FROM THE OWNER

| **DEFENDANT:** JONES, ROBERT | **NYSID #:** 04757650Q | **Arrest #:** M12608257 |
|---|---|---|

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: 5FT 9IN | Order Of Protection: NO |
| Sex: MALE | Weight: 180 | Issuing Court: |
| Race: BLACK | Eye Color: BROWN | Docket #: |
| Age: 48 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: 01/11/1964 | Hair Length: NORMAL | Relation to Victim: UNKNOWN/NONE |
| U.S. Citizen: YES | Hair Style: CURLY/WAVY | Living together: NO |
| Place Of Birth: NEW YORK | Skin Tone: DARK | Can be Identified: NO |
| Need Interpreter: NO | Complexion: BLOTCHY | |
| Language: | | |
| Accent: NO | Soc.Security #: 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 | Gang Affiliation: NO |
| | Occupation: UNKNOWN | Name: |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | Identifiers: |
| Drug Used: NONE | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 571 GLENMORE AVENUE | BROOKLYN | NEW YORK | 10019 | A209C | 075 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO　N.Y.C. Housing Employee: NO　On Duty: NO
　Development:　　　N.Y.C. Transit Employee: NO

**Physical Force:** NONE
　Gun:
　Weapon Used/Possessed: NONE　　Make:　　Recovered:
　Non-Firearm Weapon:　　　　　　Color:　Serial Number Defaced:

**DEF 36**

| | | |
|---|---|---|
| Other Weapon Description: | Caliber:<br>Type:<br>Discharged: NO | Serial Number: |

| |
|---|
| Used Transit System: NO<br>Station Entered:<br>Time Entered:<br>Metro Card Type:<br>Metro Card Used/Poses:<br>Card #: |

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | OUTERWEAR - SWEAT SHIRT OR JOGGING JACKET - BROWN |
| CLOTHING | HEADGEAR - SKI CAP OR WATCH CAP - BROWN |
| CLOTHING | ACCESSORIES - SWEAT / JOGGING CLOTHES - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CHARACTERISTICS | GOATEE |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | FACE/HEAD -SCAR |
| IMPERSONATION | UNKNOWN |

### JUVENILE DATA:     Arrest #: M12608257

Juvenile Offender:    Relative Notified:    Personal Recog:
Number Of Priors: 0    Name:
School Attending:    Phone Called:
Mother's Maiden Name:    Time Notified:

### ASSOCIATED ARRESTS:     Arrest #: M12608257

ARREST ID    COMPLAINT #

### DEFENDANTS CALLS:     Arrest #: M12608257

| CALL # | NUMBER DIALED | NAME CALLED |
|---|---|---|
| 1 | -- | REFUSED |

### INVOICES:     Arrest #: M12608257

INVOICE#    COMMAND    PROPERTY TYPE    VALUE

### ARRESTING OFFICER: DT3 JOSE CRIOLLO     Arrest #: M12608257

| | | |
|---|---|---|
| Tax Number: ████<br>Other ID (non-NYPD): ████<br>Shield: 4076<br>Department: NYPD<br>Command: 243 | On Duty: YES<br>In Uniform: NO<br>Squad: B<br>Chart: 08<br>Primary Assignment: | Force Used: NO<br>Type:<br>Reason:<br>Officer Injured: NO |

| Arresting Officer Name:<br>DT3 CRIOLLO, JOSE | Tax #:<br>████ | Command:<br>243 | Agency:<br>NYPD |
|---|---|---|---|
| Supervisor Approving:<br>SDS DUKE JAMES | Tax #:<br>████ | Command:<br>243 | Agency:<br>NYPD |
| Report Entered by:<br>DT3 CRIOLLO, JOSE | Tax #:<br>████ | Command:<br>243 | Agency:<br>NYPD |



## END OF ARREST REPORT
## M12608257



[ Print this Report ]

**DEF 37**

 

# New York City Police Department
## Omniform System - Arrests

| | |
|---|---|
| **RECORD STATUS:** NYSID ENTERD | **Arrest ID:** M12608259 - L |
| **Arrest Location:** INSIDE OF 306 WEST 54 STREET APT: A209C | **Pct:** 018 |

**Arrest Date:** 01-26-2012  **Processing Type:** ON LINE
**Time:** 23:00:00  **DCJS Fax Number:** MO005285
**Sector:** G  **Special Event Code:** -
  **DAT Number:** 0
**Stop And Frisk:** NO  **Return Date:** 0000-00-00
**Serial #:** 0000-000-00000

### COMPLAINTS:
**Arrest #:** M12608259

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2012-018-00534 | 2012-01-20 | Valid, No Arrests | 2012-01-19 | 08:45 |

### CHARGES:
**Arrest #:** M12608259

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 140.25 01 F | C | | 1 | BURG:ILL ENTRY W/CRI INT |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C. | Reason Not Forfeit: |
|---|---|---|---|---|---|

### DETAILS:
**Arrest #:** M12608259

AT T/P/O DEFENDANT DID UNLAWFULLY ENTER A PREMISE WITH THE INTENTION OF REMOVING PROPERTY WHICH WAS SUBSEQUENTLY FOUND IN HIS POSSESSION, DEFENDANT DID NOT HAVE PERMISSION OR AUTHORITY TO REMOVE PROPERTY FROM THE OWNER

| **DEFENDANT:** JONES, ROBERT | **NYSID #:** 04757650Q | **Arrest #:** M12608259 |
|---|---|---|

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: 5FT 9IN | Order Of Protection: NO |
| Sex: MALE | Weight: 180 | Issuing Court: |
| Race: BLACK | Eye Color: BROWN | Docket #: |
| Age: 48 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: 01/11/1964 | Hair Length: NORMAL | Relation to Victim: UNKNOWN/NONE |
| U.S. Citizen: YES | Hair Style: CURLY/WAVY | Living together: NO |
| Place Of Birth: NEW YORK | Skin Tone: DARK | Can be Identified: NO |
| Need Interpreter: NO | Complexion: BLOTCHY | |
| Language: | | |
| Accent: NO | Soc.Security #: 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 | Gang Affiliation: NO |
| | Occupation: UNKNOWN | Name: |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | Identifiers: |
| Drug Used: NONE | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 571 GLENMORE AVENUE | BROOKLYN | NEW YORK | 10019 | A209C | 075 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO  N.Y.C. Housing Employee: NO  On Duty: NO
Development:  N.Y.C. Transit Employee: NO

**Physical Force:** NONE

Gun:
Weapon Used/Possessed: NONE  Make:  Recovered:
Non-Firearm Weapon:  Color:  Serial Number Defaced:
Other Weapon Description:  Caliber:  Serial Number:

**DEF 38**

|  |  |
|---|---|
| Type: |  |
| Discharged: | NO |
| Used Transit System: | NO |
| Station Entered: |  |
| Time Entered: |  |
| Metro Card Type: |  |
| Metro Card Used/Poses: |  |
| Card #: |  |

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | OUTERWEAR - SWEAT SHIRT OR JOGGING JACKET - BROWN |
| CLOTHING | HEADGEAR - SKI CAP OR WATCH CAP - BROWN |
| CLOTHING | ACCESSORIES - SWEAT / JOGGING CLOTHES - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CHARACTERISTICS | GOATEE |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | FACE/HEAD -SCAR |
| IMPERSONATION | UNKNOWN |

### JUVENILE DATA:　　　　　　　　　　　　　　　　　Arrest #: M12608259

| Juvenile Offender: | Relative Notified: | Personal Recog: |
|---|---|---|
| Number Of Priors: 0 | Name: |  |
| School Attending: | Phone Called: |  |
| Mother's Maiden Name: | Time Notified: |  |

### ASSOCIATED ARRESTS:　　　　　　　　　　　　　Arrest #: M12608259

ARREST ID　COMPLAINT #

### DEFENDANTS CALLS:　　　　　　　　　　　　　　Arrest #: M12608259

| CALL # | NUMBER DIALED | NAME CALLED |
|---|---|---|
| 1 | -- | REFUSED |

### INVOICES:　　　　　　　　　　　　　　　　　　　Arrest #: M12608259

INVOICE#　COMMAND　PROPERTY TYPE　VALUE

### ARRESTING OFFICER: DT3 JOSE CRIOLLO　　　　Arrest #: M12608259

| Tax Number: ███ | On Duty: YES | Force Used: NO |
|---|---|---|
| Other ID (non-NYPD): ███ | In Uniform: NO | Type: |
| Shield: 4076 | Squad: B | Reason: |
| Department: NYPD | Chart: 08 | Officer Injured: NO |
| Command: 243 | Primary Assignment: |  |

| Arresting Officer Name:<br>DT3 CRIOLLO, JOSE | Tax #: ███ | Command:<br>243 | Agency:<br>NYPD |
|---|---|---|---|
| Supervisor Approving:<br>SDS DUKE JAMES | Tax #: ███ | Command:<br>243 | Agency:<br>NYPD |
| Report Entered by:<br>DT3 CRIOLLO, JOSE | Tax #: ███ | Command:<br>243 | Agency:<br>NYPD |





# END OF ARREST REPORT
## M12608259

[ Print this Report ]

**DEF 39**

 

# New York City Police Department
## Omniform System - Arrests

| | |
|---|---|
| **RECORD STATUS:** NYSID ENTERD | **Arrest ID:** M12608261 - M |
| **Arrest Location:** INSIDE OF 306 WEST 54 STREET APT: A209C | **Pct:** 018 |

**Arrest Date:** 01-26-2012  **Processing Type:** ON LINE
**Time:** 23:00:00  **DCJS Fax Number:** MO005286
**Sector:** G  **Special Event Code:** -
**DAT Number:** 0
**Stop And Frisk:** NO  **Return Date:** 0000-00-00
**Serial #:** 0000-000-00000

## COMPLAINTS:
**Arrest #:** M12608261

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2012-018-00533 | 2012-01-20 | Valid, No Arrests | 2012-01-19 | 19:04 |

## CHARGES:
**Arrest #:** M12608261

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 140.25 01 F | C | | 1 | BURG:ILL ENTRY W/CRI INT |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

## DETAILS:
**Arrest #:** M12608261

AT T/P/O DEFENDANT DID UNLAWFULLY ENTER A PREMISE WITH THE INTENTION OF REMOVING PROPERTY WHICH WAS SUBSEQUENTLY FOUND IN HIS POSSESSION, DEFENDANT DID NOT HAVE PERMISSION OR AUTHORITY TO REMOVE PROPERTY FROM THE OWNER

**DEFENDANT:** JONES, ROBERT   **NYSID #:** 04757650Q   **Arrest #:** M12608261

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: 5FT 9IN | Order Of Protection: NO |
| Sex: MALE | Weight: 180 | Issuing Court: |
| Race: BLACK | Eye Color: BROWN | Docket #: |
| Age: 48 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: 01/11/1964 | Hair Length: NORMAL | Relation to Victim: UNKNOWN/NONE |
| U.S. Citizen: YES | Hair Style: CURLY/WAVY | Living together: NO |
| Place Of Birth: NEW YORK | Skin Tone: DARK | Can be Identified: NO |
| Need Interpreter: NO | Complexion: BLOTCHY | |
| Language: | | |
| Accent: NO | Soc.Security #: 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 | Gang Affiliation: NO |
| | Occupation: UNKNOWN | Name: |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | Identifiers: |
| Drug Used: NONE | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 571 GLENMORE AVENUE | BROOKLYN | NEW YORK | 10019 | A209C | 075 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: NO   On Duty: NO
Development:   N.Y.C. Transit Employee: NO

**Physical Force:** NONE

Gun:
Weapon Used/Possessed: NONE   Make:   Recovered:
Non-Firearm Weapon:   Color:   Serial Number Defaced:
Other Weapon Description:   Caliber:   Serial Number:

**DEF 40**

| | |
|---|---|
| Type: | |
| Discharged: | NO |

| | |
|---|---|
| Used Transit System: | NO |
| Station Entered: | |
| Time Entered: | |
| Metro Card Type: | |
| Metro Card Used/Poses: | |
| Card #: | |

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | HEADGEAR - SKI CAP OR WATCH CAP - BROWN |
| CLOTHING | ACCESSORIES - SWEAT / JOGGING CLOTHES - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CLOTHING | OUTERWEAR - OVERCOAT OR TOP COAT - BLACK |
| CHARACTERISTICS | GOATEE |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | FACE/HEAD -SCAR |
| IMPERSONATION | UNKNOWN |

### JUVENILE DATA:    Arrest #: M12608261

| | | |
|---|---|---|
| Juvenile Offender: | Relative Notified: | Personal Recog: |
| Number Of Priors: 0 | Name: | |
| School Attending: | Phone Called: | |
| Mother's Maiden Name: | Time Notified: | |

### ASSOCIATED ARRESTS:    Arrest #: M12608261

ARREST ID  COMPLAINT #

### DEFENDANTS CALLS:    Arrest #: M12608261

| CALL # | NUMBER DIALED | NAME CALLED |
|---|---|---|
| 1 | -- | REFUSED |

### INVOICES:    Arrest #: M12608261

INVOICE#  COMMAND  PROPERTY TYPE  VALUE

### ARRESTING OFFICER: DT3 JOSE CRIOLLO    Arrest #: M12608261

| | | |
|---|---|---|
| Tax Number: ███ | On Duty: YES | Force Used: NO |
| Other ID (non-NYPD): ███ | In Uniform: NO | Type: |
| Shield: 4076 | Squad: B | Reason: |
| Department: NYPD | Chart: 08 | Officer Injured: NO |
| Command: 243 | Primary Assignment: | |

| Arresting Officer Name: DT3 CRIOLLO, JOSE | Tax #: ███ | Command: 243 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SDS DUKE JAMES | Tax #: ███ | Command: 243 | Agency: NYPD |
| Report Entered by: DT3 CRIOLLO, JOSE | Tax #: ███ | Command: 243 | Agency: NYPD |




## END OF ARREST REPORT
## M12608261



[ Print this Report ]

**DEF 41**

  

# New York City Police Department
## Omniform System - Arrests

| | |
|---|---|
| **RECORD STATUS:** NYSID ENTERD | **Arrest ID:** M12608269 - H |
| **Arrest Location:** INSIDE OF 306 WEST 54 STREET APT: A209C | **Pct:** 018 |

**Arrest Date:** 01-26-2012    **Processing Type:** ON LINE
**Time:** 23:00:00    **DCJS Fax Number:** MO005290
**Sector:** G    **Special Event Code:** -
**DAT Number:** 0
**Stop And Frisk:** NO    **Return Date:** 0000-00-00
**Serial #:** 0000-000-00000

**COMPLAINTS:**      **Arrest #:** M12608269

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2012-018-00185 | 2012-01-07 | Valid, No Arrests | 2012-01-06 | 15:00 |

**CHARGES:**      **Arrest #:** M12608269

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 140.25 01 F | C | | 1 | BURG:ILL ENTRY W/CRI INT |
| #02 | No | PL 165.45 01 F | E | | 1 | CPSP-4TH:PROPERTY VAL >$1000 |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

**DETAILS:**      **Arrest #:** M12608269

AT T/P/O DEFENDANT DID UNLAWFULLY ENTER A PREMISE WITH THE INTENTION OF REMOVING PROPERTY WHICH WAS SUBSEQUENTLY FOUND IN HIS POSSESSION, DEFENDANT DID NOT HAVE PERMISSION OR AUTHORITY TO REMOVE PROPERTY FROM THE OWNER

**DEFENDANT:** JONES, ROBERT    **NYSID #:** 04757650Q    **Arrest #:** M12608269

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: 5FT 9IN | Order Of Protection: NO |
| Sex: MALE | Weight: 180 | Issuing Court: |
| Race: BLACK | Eye Color: BROWN | Docket #: |
| Age: 48 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: 01/11/1964 | Hair Length: NORMAL | Relation to Victim: UNKNOWN/NONE |
| U.S. Citizen: NO | Hair Style: CURLY/WAVY | Living together: NO |
| Place Of Birth: NEW YORK | Skin Tone: DARK | Can be Identified: NO |
| Need Interpreter: NO | Complexion: BLOTCHY | |
| Language: | | |
| Accent: NO | Soc.Security #: | Gang Affiliation: NO |
| | Occupation: UNKNOWN | Name: |
| Physical Condition: UNKNOWN | Lic/Permit Type: | Identifiers: |
| Drug Used: NONE | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 571 GLENMORE AVENUE | BROOKLYN | NEW YORK | 11207 | A2 | 075 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO    N.Y.C. Housing Employee:    On Duty:
Development:    N.Y.C. Transit Employee:

**Physical Force:** NONE

Gun:
Weapon Used/Possessed: NONE    Make:    Recovered:
Non-Firearm Weapon:    Color:    Serial Number Defaced:

**DEF 42**

| | |
|---|---|
| Other Weapon Description: | Caliber: Serial Number: |
| | Type: |
| | Discharged: NO |

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | OUTERWEAR - SWEAT SHIRT OR JOGGING JACKET - BROWN |
| CLOTHING | HEADGEAR - SKI CAP OR WATCH CAP - BLACK |
| CLOTHING | ACCESSORIES - SWEAT / JOGGING CLOTHES - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CHARACTERISTICS | UNKNOWN |
| CHARACTERISTICS | GOATEE |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | FACE/HEAD -SCAR |
| IMPERSONATION | UNKNOWN |

**JUVENILE DATA:** Arrest #: M12608269

Juvenile Offender: Relative Notified: Personal Recog:
Number Of Priors: 0  Name:
School Attending:  Phone Called:
Mother's Maiden Name:  Time Notified:

**ASSOCIATED ARRESTS:** Arrest #: M12608269

ARREST ID  COMPLAINT #

**DEFENDANTS CALLS:** Arrest #: M12608269

CALL #  NUMBER DIALED  NAME CALLED
1  - -  REFUSED

**INVOICES:** Arrest #: M12608269

INVOICE#  COMMAND  PROPERTY TYPE  VALUE

**ARRESTING OFFICER: DT3 JOSE CRIOLLO** | Arrest #: M12608269

Tax Number: ████  On Duty: YES
Other ID (non-NYPD): ████  In Uniform: NO
Shield: 4076  Squad: B
Department: NYPD  Chart: 08
Command: 243  Primary Assignment:

Force Used: NO
Type:
Reason:
Officer Injured: NO

| Arresting Officer Name: DT3 CRIOLLO, JOSE | Tax #: ████ | Command: 243 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SDS DUKE JAMES | Tax #: ████ | Command: 243 | Agency: NYPD |
| Report Entered by: DT3 CRIOLLO, JOSE | Tax #: ████ | Command: 243 | Agency: NYPD |

# END OF ARREST REPORT
# M12608269

[ Print this Report ]

**DEF 43**

  

# New York City Police Department
## Omniform System - Arrests

| | |
|---|---|
| **RECORD STATUS: ARR PRC CMPL** | **Arrest ID: M12608324 - Y** |
| **Arrest Location:** INSIDE OF 357 WEST 35 STREET | **Pct:** 014 |

**Arrest Date:** 01-27-2012   **Processing Type:** ON LINE
**Time:** 08:50:00   **DCJS Fax Number:** MO005328
**Sector:** G   **Special Event Code:** -
   **DAT Number:** 0
**Stop And Frisk:** NO   **Return Date:** 0000-00-00
**Serial #:** 0000-000-00000

## COMPLAINTS:   Arrest #: M12608324

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2011-014-14341 | 2011-12-26 | Valid, No Arrests | 2011-12-26 | 15:00 |

## CHARGES:   Arrest #: M12608324

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 140.25 02 F | C | | 1 | BURGLARY-ILL ENTRY DWELLING |
| #02 | No | PL 165.40 M | A | | 1 | CRIM POSSESSION STOLN PROP-5TH |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

## DETAILS:   Arrest #: M12608324

AT T/P/O DEFT DID UNLAWFULLY ENTER A RESIDENTIAL DWELLING AND HE DID REMOVE PROPERTY WITH OUT PERMISSION OR AUTHORITY TO DO SO. DEFT WAS FOUND TO BE IN POSSESSION OF STOLEN PROPERTY.

**DEFENDANT: JONES, ROBERT**    NYSID #:    Arrest #: M12608324

| | | |
|---|---|---|
| Nick/AKA/Maiden: NONE | Height: 5FT 09IN | Order Of Protection: NO |
| Sex: MALE | Weight: 180 | Issuing Court: |
| Race: BLACK | Eye Color: BROWN | Docket #: |
| Age: 48 | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: 01/11/1964 | Hair Length: NORMAL | Relation to Victim: UNKNOWN/NONE |
| U.S. Citizen: YES | Hair Style: CURLY/WAVY | Living together: NO |
| Place Of Birth: NEW YORK | Skin Tone: DARK | Can be Identified: YES |
| Need Interpreter: NO | Complexion: BLOTCHY | |
| Language: | | |
| Accent: NO | Soc.Security #: 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 | |
| | Occupation: UNKNOWN | Gang Affiliation: NO |
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | Name: |
| Drug Used: NONE | Lic/Permit No: | Identifiers: |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 571 GLENMORE AVENUE | BROOKLYN | NEW YORK | 10019 | A209C | 075 |

Phone # and E-Mail Address: HOME: 999-999-9999 CELL: 999-999-9999 BUSINESS:999-999-9999 BEEPER: 999-999-9999 E-MAIL: NOEMAIL@NOEMAIL.COM

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: NO   On Duty: NO
Development:    N.Y.C. Transit Employee: NO

**Physical Force:** NONE

Gun:
Weapon Used/Possessed: NONE    Make:    Recovered:

**DEF 44**

| | | |
|---|---|---|
| Non-Firearm Weapon: | Color: | Serial Number Defaced: |
| Other Weapon Description: | Caliber: | Serial Number: |
| | Type: | |
| | Discharged: NO | |

- Used Transit System: NO
- Station Entered:
- Time Entered:
- Metro Card Type:
- Metro Card Used/Poses:
- Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | TOOK PROPERTY |
| CLOTHING | HEADGEAR - SKI CAP OR WATCH CAP - BROWN |
| CLOTHING | ACCESSORIES - SWEAT / JOGGING CLOTHES - BLACK |
| CLOTHING | FOOTWEAR - SNEAKERS - BLACK |
| CLOTHING | OUTERWEAR - OVERCOAT OR TOP COAT - BLACK |
| CHARACTERISTICS | GOATEE |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | FACE/HEAD -SCAR |
| IMPERSONATION | UNKNOWN |

### JUVENILE DATA:       Arrest #: M12608324

- Juvenile Offender:    Relative Notified:    Personal Recog:
- Number Of Priors: 0    Name:
- School Attending:    Phone Called:
- Mother's Maiden Name:    Time Notified:

### ASSOCIATED ARRESTS:       Arrest #: M12608324

ARREST ID    COMPLAINT #

### DEFENDANTS CALLS:       Arrest #: M12608324

| CALL # | NUMBER DIALED | NAME CALLED |
|---|---|---|
| 1 | - - | REFUSED |

### INVOICES:       Arrest #: M12608324

INVOICE#    COMMAND    PROPERTY TYPE    VALUE

### ARRESTING OFFICER: DT3 JAMES MEEHAN       Arrest #: M12608324

| | | |
|---|---|---|
| Tax Number: ███ | On Duty: YES | Force Used: NO |
| Other ID (non-NYPD): ███ | In Uniform: NO | Type: |
| Shield: 6445 | Squad: D1 | Reason: |
| Department: NYPD | Chart: 08 | Officer Injured: NO |
| Command: 241 | Primary Assignment: | |

| Arresting Officer Name: | Tax #: | Command: | Agency: |
|---|---|---|---|
| DT3 MEEHAN, JAMES | ███ | 241 | NYPD |
| Supervisor Approving: | Tax #: | Command: | Agency: |
| SDS PANZARELLA PHI | ███ | 241 | NYPD |
| Report Entered by: | Tax #: | Command: | Agency: |
| DT3 MEEHAN, JAMES | ███ | 241 | NYPD |

  

# END OF ARREST REPORT
# M12608324

Print this Report

**DEF 45**