| | COMPLAINT - FOLLOW UP<br>INFORMATIONAL REPORT - INTERVIEW | Crime/Condition<br>BURGLARY | Command<br>014-MIDTOWN PRECINCT SOUTH<br>Date of This Report<br>12/27/2011 |
|---|---|---|---|

| Date of UF61<br>12/26/2011 | Date Case Assigned<br>12/27/2011 | Complaint No.<br>2011-014-14341 | Case No.<br>3934 | Unit Reporting<br>BRAM | Follow-Up No.<br>2 |
|---|---|---|---|---|---|

| Complainant's Name | | Address<br>MANHATTAN NY 10036 | Apt No. |
|---|---|---|---|
| Nickname/Alias/Middle Name<br>NONE | | | |
| Sex<br>MALE | Race<br>WHITE | Date of Birth | Age<br>28 |
| Home Telephone<br>999-999-9999 | Business Telephone<br>999-999-9999 | Cell Phone | Beeper #<br>999-999-9999 | E-Mail Address |

| Person Interviewed Last Name, First M.I. | | Address<br>MANHATTAN NY 10036 | Apt No. |
|---|---|---|---|
| Nickname/Alias/Middle Name<br>NONE | | | |
| Position/Relationship<br>UNKNOWN/NONE | Sex<br>MALE | Race<br>WHITE | Date of Birth | Age<br>28 |
| Home Telephone<br>999-999-9999 | Business Telephone<br>999-999-9999 | Cell Phone | Beeper #<br>999-999-9999 | E-Mail Address |

| Activity Address Location<br>NYC | Street<br>616 9 AVENUE | City<br>MANHATTAN | State<br>NY | Zip<br>10036 | Apt # |
|---|---|---|---|---|---|
| Cross Street<br>WEST 44 STREET and WEST 43 STREET | | Intersection of | | | Premise Type |

**Topic/Subject:**
(INTERVIEW)

**Burglary Type:**
RESIDENCE - DAY

**Summary of Investigation:**
1. On December 27, 2011, at approximately 1110 hours the undersigned contacted the victim in this case ▇▇▇ Dziamaga. ▇▇▇ stated he resides at 616 ( avenue apartment # ▇▇ ▇▇▇ stated on December 26, 2011 at 1500 hours he left his apartment. ▇▇▇ stated when he returned he noticed the door was unlocked and his kitchen window was opened. ▇▇▇ stated he discovered his room mate ▇▇▇▇ who is still on vacation in Florida bedroom door was broken into. ▇▇▇ stated he noticed his two Apple ma c book pro lap top computers were missing along with his Kindle and $600.00 USC. ▇▇▇ stated ▇▇▇ I-Mac computer was also missing. ▇▇▇ stated the building has a security camera but the buildings front entrance door is always left unlocked. I asked ▇▇▇ if he could retrieve the serial numbers for the stolen items. I provided my contact information for ▇▇▇ to reach me at with the information.

2. Case status active..................................................

| Reporting Officer: | Rank<br>DT3 | Name<br>JAMES MEEHAN | Tax Reg. No. | Command<br>241-MTS DET SQUAD |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing | Date Reviewed<br>12/27/2011 | Date of Next Review | Name<br>PHILLIP PANZARELLA | Supv. Tax No. |

**DEF 642**