


# New York City Police Department
## Omniform System - Complaints

| | | | |
|---|---|---|---|
| **Report Cmd:** 014 | **Jurisdiction:** N.Y. POLICE DEPT #M11050 | **Record Status:** Final, No Arrests | **Complaint #:** 2011-014-14341 |

**Occurrence Location:** INSIDE OF ▇▇▇▇▇▇ APT: ▇
   Name Of Premise:
   Premises Type: RESIDENCE - APT. HO
   Location Within Premise: APARTMENT
   Visible By Patrol?: NO

**Precinct:** 014
**Sector:** H
**Beat:** 1
**Post:**

**Occurrence From:** 2011-12-26 15:00 MONDAY
   Occurrence thru: 2011-12-26 19:30
   Reported: 2011-12-26 20:20
   Complaint Received: RADIO

Aided #
Accident #
O.C.C.B. #

*Meehan # 3934*

**Classification: BURGLARY**
Attempted/Completed: COMPLETED
Most Serious Offense Is: FELONY
   PD Code: 221    BURGLARY,RESIDENCE,DAY
   PL Section: 14025
   Keycode: 107    BURGLARY

**Case Status: OPEN**
Unit Referred To: P.D.U.
Clearance Code:
Log/Case #: 0
File #: 7
Prints Requested? NO

| Was The Victim's Personal Information Taken Or Possessed? NO | | Was The Victim's Personal Information Used To Commit A Crime? NO | |
|---|---|---|---|
| Gang Related? NO | Gang Intel Log #: | Name Of Gang: | Child Abuse Suspected? NO |
| DIR Required? NO | | Child in Common? NO | Intimate Relationship? NO |

**If Burglary:**
Forced Entry?
Structure: BLDG. RESIDENTIAL
Entry Method: DOOR
Entry Location: FRONT OF

**Alarm:**
Bypassed? NO
Comp Responded?:
Company Name/Phone:
Crime Prevention Survey Requested?: NO

**If Arson:**
Structure:
Occupied?:
Damage by:

| Supervisor On Scene - Rank / Name / Command: SGT LACALAMITA 014 | Canvas Conducted: YES | Interpreter(if used): |
|---|---|---|

**NARRATIVE:**
AT T/P/O, C/V STATES HE LEFT HIS APT. AND LOCKED HIS FRONT DOOR WITH A KEY. WHEN HE RETURNED, HIS FRONT DOOR WAS OPENED BY UNKNOWN MEANS. WHEN HE ENTERED APT., THE ABOVE LISTED PROPERTY HAD BEEN REMOVED BY UNKNOWN PERP, WITHOUT PERMISSION OR AUTHORITY. BEDROOM #1 HAD NO FORCED ENTRY BUT ITEMS WERE REMOVED, BEDROOM #2 HAD FORCED ENTRY WITH ITEMS ALSO REMOVED. C/V STATES N/S KITCHEN WINDOW IS ALWAYS CLOSED BUT WAS OPENED WHEN C/V ENTERED HIS APT. VIDEO IN LOBBY AVAILABLE BY SUPER., MR. ▇▇▇▇▇▇ #▇▇▇▇ DET. SCOLLARD, MTS PDU; SGT.LACALAMITA, MTS PCT.; AND ECT ALL NOTIFIED AND RESPONDED. CANVASS CONDUCTED WITH NEGATIVE RESULTS.

**No NYC TRANSIT Data for Complaint # 2011-014-14341**

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 1 | Total Wanted: 0 |
|---|---|---|---|

| **VICTIM: # 1 of 1** | Name: ▇▇▇▇▇▇ | Complaint#: 2011-014-14341 |
|---|---|---|

Nick/AKA/Maiden:
   UMOS: NO
   Sex/Type: MALE
   Race: WHITE
   Age: 28
   Date Of Birth: ▇▇▇▇

Gang Affiliation: NO
   Name:
   Identifiers:

Will View Photo: NO

| | |
|---|---|
| Disabled? NO | Will Prosecute: YES |
| Need Interpreter: NO | Notified Of Crime Victim Comp. Law: NO |
| Language: | |
| N.Y.C.H.A Resident? NO | |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | | MANHATTAN | NEW YORK | | ■ |

Phone #: CELL: ■   E-MAIL: ■

| Action against Victim: | Actions Of Victim Prior To Incident: OUT OF APARTMENT |
|---|---|
| Victim Of Similar Incident: | If Yes, When And Where |

### REPORTER: # 1 of 1

Name: ■   Complaint #: 2011-014-14341

| | |
|---|---|
| Nick/AKA/Maiden: | Gang Affiliation: NO |
| Sex/Type: MALE | Name: |
| Race: WHITE | Identifiers: |
| Age: 028 | |
| Date Of Birth: ■ | |
| Need Interpreter: NO | Relationship To Victim: |
| Language: | |

| Location | Address | City | State/Country | Zip | Apt/Room |
|---|---|---|---|---|---|
| HOME-PERMANENT | | MANHATTAN | NEW YORK | | ■ |

Phone #: CELL: ■   E-MAIL: ■

### PROPERTY:   Complaint #2011-014-14341

| Lost/Stolen/Found: | Business/Personal/Both?: | Owner Identification Num: |
|---|---|---|
| STOLEN | PERSONAL | NONE |

| Item | Amt | Article Description | Serial # | $ Stolen | $ Recovered |
|---|---|---|---|---|---|
| 1. | 1. | 2005 SILVER APPLE MACBOOK PRO | | 1000. | 0. |
| 2. | 1. | 2011 SILVER APPLE MACBOOK PRO | | 3000. | 0. |
| 3. | 1. | 2011 AMAZON KINDLE FINX | | 200. | 0. |
| 4. | 1. | QUADCORE IMAC | | 1500. | 0. |
| 5. | 1. | U.S.C. | | 600. | 0. |

TOTALS: STOLEN 6300. RECOVERED 0.

No IMEI Data for Complaint # 2011-014-14341

### NOTIFICATIONS / ADDITIONAL COPIES:   Complaint # 2011-014-14341

Notifications to:

| Rank/Title | Name | Unit/Agency | Log # |
|---|---|---|---|
| SGT | LACALAMITA | MTS PDU | |
| DET | SCOLLARD | MTS PDU | |
| PO | SMITH | ECT, SH #2602 | |

| Reporting/Investigating M.O.S. Name: POF HEMME LIZA | Tax #: ■ | Command: M PCT S | Rep.Agency: NYPD |
|---|---|---|---|
| Supervisor Approving Name: SGT LALLY BRENDAN | Tax #: ■ | Command: M PCT S | Rep.Agency: NYPD |
| Complaint Report Entered By: SGT LALLY | ■ | Command: M PCT S | Rep.Agency: NYPD |
| Signoff Supervisor Name: SGT FREER | Tax #: ■ | Command: M PCT S | Rep.Agency: NYPD |



### END OF COMPLAINT REPORT # 2011-014-14341



[ Print this Report ]